FILED by \_\_\_DG\_\_\_ D.C.

Dec 20, 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**18-60352-CR-MOORE/SNOW**
CASE NO: _____

18 U.S.C. § 842(p)(2)(A)

UNITED STATES OF AMERICA

vs.

TAYYAB TAHIR ISMAIL,

                      Defendant.
_____/

## INDICTMENT

The Grand Jury charges:

**COUNT 1**
**Distributing Information**
**Pertaining to Explosives**
**(18 U.S.C. § 842(p)(2)(A))**

On or about July 15, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**TAYYAB TAHIR ISMAIL,**

did knowingly distribute by any means information pertaining to, in whole and in part, the manufacture and use of an explosive, destructive device, and weapon of mass destruction, that is, a document entitled "T.E.C.," with the intent that the information be used for, and in furtherance of, an activity that constitutes a Federal crime of violence, that is, using a weapon of mass destruction, in violation of Title 18, United States Code, Section 2332a; in violation of Title 18, United States Code, Sections 842(p)(2)(A) and 844(a)(2).

## COUNT 2
### Distributing Information
### Pertaining to Explosives
### (18 U.S.C. § 842(p)(2)(A))

On or about July 16, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**TAYYAB TAHIR ISMAIL,**

did knowingly distribute by any means information pertaining to, in whole and in part, the manufacture and use of an explosive, destructive device, and weapon of mass destruction, that is, a document entitled "A.C.," with the intent that the information be used for, and in furtherance of, an activity that constitutes a Federal crime of violence, that is, using a weapon of mass destruction, in violation of Title 18, United States Code, Section 2332a; in violation of Title 18, United States Code, Sections 842(p)(2)(A) and 844(a)(2).

## COUNT 3
### Distributing Information
### Pertaining to Explosives
### (18 U.S.C. § 842(p)(2)(A))

On or about July 16, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**TAYYAB TAHIR ISMAIL,**

did knowingly distribute by any means information pertaining to, in whole and in part, the manufacture and use of an explosive, destructive device, and weapon of mass destruction, that is, a document entitled "A.C. Ver. 2000," with the intent that the information be used for, and in furtherance of, an activity that constitutes a Federal crime of violence, that is, using a weapon of mass destruction, in violation of Title 18, United States Code, Section 2332a; in violation of Title 18, United States Code, Sections 842(p)(2)(A) and 844(a)(2).

## COUNT 4
### Distributing Information
### Pertaining to Explosives
### (18 U.S.C. § 842(p)(2)(A))

On or about August 23, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**TAYYAB TAHIR ISMAIL,**

did knowingly distribute by any means information pertaining to, in whole and in part, the manufacture and use of an explosive, destructive device, and weapon of mass destruction, that is, a document entitled "B.b.C.S.O.T.A.I.M.," with the intent that the information be used for, and in furtherance of, an activity that constitutes a Federal crime of violence, that is, using a weapon of mass destruction, in violation of Title 18, United States Code, Section 2332a; in violation of Title 18, United States Code, Sections 842(p)(2)(A) and 844(a)(2).

## COUNT 5
### Distributing Information
### Pertaining to Explosives
### (18 U.S.C. § 842(p)(2)(A))

On or about September 17, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**TAYYAB TAHIR ISMAIL,**

did knowingly distribute by any means information pertaining to, in whole and in part, the manufacture and use of an explosive, destructive device, and weapon of mass destruction, that is, a video depicting step-by-step instructions on how to construct a bomb, with the intent that the information be used for, and in furtherance of, an activity that constitutes a Federal crime of violence, that is, using a weapon of mass destruction, in violation of Title 18, United States Code,

Section 2332a; in violation of Title 18, United States Code, Sections 842(p)(2)(A) and 844(a)(2).

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. |
|---|---|
| v. | |
| TAYYAB TAHIR ISMAIL, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **Defendant.** / | **Superseding Case Information:** |

**Court Division:** (Select One)

New Defendant(s)     Yes ____   No ____
Number of New Defendants ____
Total number of counts ____

____ Miami     ____ Key West
_X_ FTL        ____ WPB     ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)     No
   List language and/or dialect    _____

4. This case will take     5     days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                                (Check only one)

   I    0 to 5 days       _X_         Petty       ____
   II   6 to 10 days      ____        Minor       ____
   III  11 to 20 days     ____        Misdem.     ____
   IV   21 to 60 days     ____        Felony      _X_
   V    61 days and over  ____

6. Has this case been previously filed in this District Court?   (Yes or No)   No
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: 18-mj-06588-Hunt
   Defendant(s) in federal custody as of   12/14/2018
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?     Yes _____     No _X_

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?     Yes _____     No _X_

_____
KAREN E. GILBERT
ASSISTANT UNITED STATES ATTORNEY
FL Bar No. 771007

*Penalty Sheet(s) attached

REV 5/3/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   Tayyab Tahir Ismail

**Case No:**

Counts #: 1-5

Distributing Information Pertaining to Explosives

Title 18, United States Code, Section 842(p)(2)(A)

**\*Max. Penalty:** 20 Years' Imprisonment

Count #:



**\*Max. Penalty:**

Count #:



**\*Max. Penalty:**

Count #:



**\*Max. Penalty:**

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.