```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                        (FT. LAUDERDALE)
                    CASE NO. 0:18-CR-60352-KMM-1
 3

 4    UNITED STATES OF AMERICA

 5            Plaintiff,                Miami, Florida

 6         vs.
                                        July 18, 2019
 7    TAYYAB TAHIR ISMAIL,              Thursday

 8            Defendant.                Scheduled 2:00 p.m.
                                        2:29 p.m. to 3:37 p.m.
 9
                                        Pages 1 - 49
10    ------------------------------------------------------------

11                      SENTENCING HEARING

12           BEFORE THE HONORABLE K. MICHAEL MOORE
                UNITED STATES CHIEF DISTRICT JUDGE
13
      APPEARANCES:
14
      FOR THE GOVERNMENT:      KAREN E. GILBERT, AUSA
15                             United States Attorney's Office
                               99 Northeast 4th Street
16                             Miami, Florida  33132

17    FOR THE DEFENDANT:       DAVID ANTHONY NUNEZ, ESQ.
                               Meyer & Nunez, P.A.
18                             150 West Flagler Street
                               Suite 2700
19                             Miami, Florida  33130

20                             NEIL M. SCHUSTER, ESQ.
                               555 Northeast 15th Street
21                             Suite 2-C
                               Miami, Florida  33132
22
      STENOGRAPHICALLY
23    REPORTED BY:             GLENDA M. POWERS, RPR, CRR, FPR
                               Official Court Reporter
24                             United States District Court
                               400 North Miami Avenue, Room 08S33
25                             Miami, Florida  33128
```

 1              (Call to the order of the Court:)

 2              THE COURT:  This is the United States of America versus

 3     Tayyab Tahir Ismail.

 4              Counsel, note your appearances.

 5              MS. GILBERT:  Good afternoon, Your Honor.

 6              Karen Gilbert on behalf of the United States.  Seated

 7     with me are FBI Agents Matthew Schempp and Kim McGreevy.

 8              THE COURT:  Good afternoon.

 9              MR. NUNEZ:  Your Honor, may it please the Court.

10              David Nunez appearing for Mr. Tayyab Ismail, to my

11     right.

12              MR. SCHUSTER:  If it please the Court, Neil Schuster,

13     Your Honor.

14              THE COURT:  Any objections to the pre-sentence

15     investigation?

16              MR. NUNEZ:  No, Your Honor.

17              MS. GILBERT:  No, sir.

18              THE COURT:  Probation has calculated the offense level

19     of 43, with a criminal history category of VI, with a guideline

20     range of 240 months.

21              Is that a correct calculation of the guidelines?

22              MS. GILBERT:  Yes, sir.

23              MR. NUNEZ:  It is.

24              THE COURT:  Okay.  Mr. Ismail --

25              MS. GILBERT:  That's the statutory maximum.

1            The guidelines are life, but because it's one count,

2    20 years is 240 months.

3            THE COURT:  Mr. Ismail, do you want to say anything on

4    your own behalf before sentence is imposed?

5            MR. NUNEZ:  Excuse me, sir?

6            THE COURT:  I was addressing Mr. Ismail.

7            MR. NUNEZ:  Yes, he'll make a statement, Judge.

8            Do you want to hear it now?

9            THE COURT:  Okay, go ahead.

10           MR. NUNEZ:  Very well.

11           THE COURT:  You can sit down, if you're more

12   comfortable.

13           THE DEFENDANT:  Your Honor, thank you for the

14   opportunity to make a statement.  I am very remorseful and

15   ashamed for what I did.

16           I am deeply ashamed for the embarrassment that I

17   brought on my mother, father, and my daughters, and my wife.

18           I am deeply sorry for the danger my conduct caused to

19   others.  I feel that I abandoned my wife and my daughters

20   because I obsessed in such a terrible direction.

21           I deeply hurt the people I love.

22           Jail is giving me a chance to be better than I was and

23   to get back to a real life.

24           I know now much more seriously than ever before that I

25   need help and am wanting to get that help, which I understand

1    will require medication.

2         I hope to leave jail a much better person than I was

3    when I first entered.  I will work with the medical people, who

4    will treat me.

5         I was on a very bad track in my life when I was

6    arrested.  I say this from my heart and soul, I do not believe

7    that violence is the means to solve my problems.

8         I do not believe that my religion should be associated

9    with violence, nor should I be a part of any violence.

10        I deeply apologize for what I did.  I love this

11   country.  I probably added to the fear that some people might

12   have about my religion by my actions.

13        I deeply regret spending so much time with the worst of

14   the internet.  I abandoned my family for crazy time on the

15   internet, and I will always regret that.

16        But I will become a better man and a better father and

17   a better husband in the future.  I will take advantage of any

18   opportunity in jail to study and learn and become better.

19        Thank you, Your Honor.

20        THE COURT:  Thank you.  Anything on his behalf?

21        MR. NUNEZ:  Yes, Your Honor, we intend to make an

22   argument pursuant to Section 3553, but I do require the Elmo to

23   do that.

24        THE COURT:  Okay.  She's making copies now.

25        MR. NUNEZ:  Yes, sir.

1          Your Honor, may this platform be raised, this podium?

2          THE COURT:  I'm not sure it can -- but the one behind,

3    you can.

4          MR. NUNEZ:  She will stay here, Your Honor, if you

5    allow, and I will be in the background; okay?

6          THE COURT:  All right.

7          COURTROOM DEPUTY:  Are the proper monitors on at the

8    counsel tables?  Our screens aren't working up here.

9          The gallery monitors are off.

10         MR. SCHUSTER:  This one isn't working, but I don't need

11   it, I'm fine.  Thank you.

12         MR. NUNEZ:  Your Honor, can we have -- Robin, can we

13   have mine work or -- it won't turn on.

14         COURTROOM DEPUTY:  Apparently, half of the system is

15   frozen.  According to this, it should be on.

16         MR. NUNEZ:  Okay.  It just came on.  Besides, maybe it

17   has to warm up a little more.

18         Can we put a document on, Ms. Toledo, just to see if it

19   picks up the image.

20         COURTROOM DEPUTY:  Is it out of focus?

21         MR. NUNEZ:  I think it's zoomed so that it doesn't fit

22   in the monitor.  Thank you.

23         Your Honor, may I proceed?

24         THE COURT:  All right.

25         MR. NUNEZ:  Thank you.  May it please the Court.

1          Your Honor, prior to coming to court today, I re-read

2    the PSI report, and we know how horrible these facts are, and

3    we have nothing to challenge those facts; and so our focus here

4    today is 3553 factors, with the hope that we may convince the

5    Court to impose a merciful sentence.

6          Mr. Ismail suffered an extraordinarily difficult and

7    challenging youth.  Your Honor has read the PSI report, the

8    psychological evaluations from both the prison psychologists,

9    as well as Dr. Ouaou.

10          Your Honor has read Mr. Ismail's letter of acceptance

11    of responsibility, as well as his parents' letters in support

12    of sentencing procedures, all of which described, in one form

13    or another, the extreme hardships that Mr. Ismail suffered as a

14    child, and that, frankly, nobody would want to acknowledge.

15          I invite Your Honor to consider the PSI, particularly,

16    paragraph 45, which appears on the Elmo.  And for ease of

17    reference, my office went ahead and inserted numbers that would

18    allow you to follow more easily.

19          And so, paragraph 44, Your Honor, describes Mr. Ismail

20    experiencing very severe corporal punishment by his father, and

21    this was for common disciplinary reasons.

22          Beyond paragraph 45 -- I would invite Your Honor to

23    review paragraph 45 -- that I just put on the Elmo -- which

24    describes a much worse kind of abuse by other family members.

25          With respect to his childhood issues, Dr. Ouaou's

1  report echos the abuses described in the PSI report.  It

2  describes the developmental issues well into the ninth grade.

3  That one in particular appears on what I've -- excuse me -- go

4  back to the other one, please.

5        If you look at number two, Your Honor, the

6  developmental issue referenced on red number two, and for

7  concern of the client's privacy, I don't want to announce it in

8  Court, but I would invite Your Honor to review it.

9        Dr. Ouaou's report also describes Mr. Ismail's mother's

10  observations that he always showed emotional problems

11  throughout his childhood.

12        The prison psychologist's report, it mirrors the same

13  history of abuse as that in the PSI and Dr. Ouaou's report.

14        Further, it shows that he repeated the ninth grade for

15  learning disability issues, that he was bullied throughout his

16  school years; together, those factors caused him to drop out of

17  high school in the 11th grade.

18        Ms. Toledo, if you can could turn that, please.  Thank

19  you.

20        Your Honor, if I could invite you to number five on the

21  page I've just put on the Elmo, there was one particular

22  incident of especially harsh corporal punishment by his father.

23        Further, out of privacy concerns for the client, I

24  invite the Court to review what I've numbered number seven in

25  the doctor's report.  And then the report describes how, as

1    early as fifth grade, Mr. Ismail sought counseling at school

2    for bullying issues.

3         With regard to his childhood issues, Mr. Ismail's

4    acceptance of responsibility describes how he always had

5    difficulty finding his own way in life.

6         He could never fit in any social circle.  He always

7    felt different in front of other people, avoided going to

8    school; to how the computer was the only form of social

9    interaction that he was able to participate in.

10        He did not sleep at night.  He was on the computer all

11   night, obsessed with it.  Again, it was his only form of social

12   interaction.  He was shunned by his classmates, his peers, and

13   others.

14        Now, Your Honor's read the parents' letters, both

15   parents clearly acknowledge and know that the serious corporal

16   punishment was not the answer for someone with the very severe

17   psychological conditions that Mr. Ismail suffered from.

18        His parents are first generation Americans who came to

19   America to seek and build a better life.  They simply were not

20   equipped to handle the issues that Mr. Ismail manifested, they

21   were not.

22        They recognized that they failed to provide Mr. Ismail

23   with the affection and the support and the understanding that

24   he desperately needed.

25        Your Honor's read the letters of support filed by

1    family members and friends of the community, and these letters,

2    they don't describe a hard-core terrorist.

3          They describe a man who, by all accounts, has been

4    respectful, charitable, soft-spoken, caring, gentle, peaceful,

5    humble, and honest.

6          In fact, Mr. Mirza, who filed one of the letters,

7    indicates that he's known Mr. Ismail since he was a child and

8    that Mr. Ismail would often play with Mr. Mirza's nephews.

9          He also indicates that he's aware that Mr. Ismail had

10   great difficulty fitting in and that he was often bullied.

11         Mr. Ismail's very difficult childhood was compounded by

12   his long, untreated, serious mental health condition.  This is

13   a hard fact, Your Honor.  Both mental health professionals in

14   this case concur as to that fact.  It's a hard fact.

15         I would ask Your Honor and invite Your Honor to review

16   paragraph 55 of the PSI, which shows that, according to

17   correspondence from Dr. Ouaou, the defendant suffers from a

18   very particular disorder, which I won't mention in open court,

19   again, out of respect for the client's privacy.

20         This disorder is characterized by, arguably, the most

21   difficult mental symptoms that anyone would ever want to have

22   to deal with.

23         In the same paragraph, correspondence from the

24   psychological services at FDC, they show that as far back as

25   1997, when Mr. Ismail was 13 years old, he expressed suicidal

1    ideation, a 13-year-old boy.  He tried to cut himself at 13

2    years old.

3         Dr. Ouaou's report shows that Mr. Ismail describes

4    himself as a loner, who sought any type of social interaction

5    acceptance, especially on the internet.

6         This young man had no friends in school, whatsoever.

7    He was shy, he was meek, he was underweight, he was skinny, and

8    he was from a different culture.

9         It shows that he had been bullied for racial reasons

10   for most of his life.  Mr. Ismail described that he had been

11   nervous all of his life.

12        After September 2011 -- September 11th, 2001, he began

13   skipping classes and hiding in the bathroom to avoid going to

14   classes, often missing the bus on purpose to avoid going to

15   school, because the bullying became too extreme after that

16   horrible incident in our country's history.

17        Nobody, Your Honor, wants to be punched all day,

18   everyday, in school, and this is what he was facing.

19        Again, out of concern for Mr. Ismail's privacy, I

20   invite the Court to review what I've numbered 8, 9 and 10,

21   which describes the symptoms and their affects on his life --

22   the symptoms of his condition.

23        And I'll give Your Honor a moment to view those because

24   it's a full paragraph, but it shows the issues that his parents

25   had to deal with, why he had to be moved from residences over

1    the course of a year three times for symptoms he was

2    experiencing at these residences.  They were never resolved.

3    To this very day, he experiences those same symptoms.

4           I invite the Court to review what I've numbered 13 --

5    on the Elmo now -- which shows that Mr. Ismail's brother -- it

6    needs to be focused, I'm sorry -- is Your Honor able to see?

7           THE COURT:  I have it in front of me.

8           MR. NUNEZ:  What it shows is that Mr. Ismail's brother

9    suffers from the same condition.  This is a familial link in

10   the family genealogy; and so, with that, we understand that his

11   brother, with treatment, is able to function normally.

12          I've numbered 17 in Dr. Ouaou's report, that shows the

13   final diagnosis, number 17; which, again, out of concern for

14   the client's privacy, I won't state in open court, but I'm sure

15   Your Honor sees it.

16          You know, the prison psychologist, he concurs with that

17   diagnosis, Judge, and so there can be no question that he's

18   suffering from it.

19          In fact, we're comforted by the fact that the prison

20   psychologist, and Mr. Ouaou, which is the defendant's private

21   psychologist, are on the same page with respect to their

22   evaluation and conclusions concerning Mr. Ismail.

23          I invite Your Honor to review the prison psychologist's

24   report.  For ease of reference, again, I've numbered it number

25   five.  And in this particular entry, the prison psychologist

1    provides that Mr. Ismail's condition caused him to struggle in

2    determining right from wrong.

3            Notably, both, the prison psychologist and Dr. Ouaou,

4    opine that Mr. Ismail's condition likely, or may have, played a

5    role leading to his arrest.

6            If Your Honor would like those citations in each

7    report, I will be happy to provide them.  We find that

8    significant.

9            Your Honor, nine years ago, in 2010, an FBI 302 report

10   shows that an FBI agent interviewed Mr. Ismail at a homeless

11   shelter.

12           For ease of reference, I've put asterisks in the middle

13   of this page, because I think it's important for the Court to

14   note, that as far back as nine years ago -- I can't refer to an

15   FBI agent as a lay person, per se, because they're highly

16   trained, but as far as I know, this agent's not a psychologist,

17   and he noted, and I'll quote:

18           Ismail was observed to be nervous, lack of eye contact,

19   and possibly having some type of mental problems.  Ismail

20   denied having any mental history.

21           So, nine years ago, it was evident to law enforcement

22   that Mr. Ismail did, in fact, suffer from some sort of mental

23   problem.  It's not identified, but it was evident to the agent.

24           Your Honor, there have been a number of terrorists'

25   prosecutions in this district, many have gone to trial.  Most

1    have failed and refused to express remorse or announce their

2    conduct.

3          Mr. Ismail unequivocally accepted responsibility for

4    his conduct, you have his letter of acceptance of

5    responsibility.

6          More importantly, his letter expresses -- and I don't

7    refer to his statement in court -- this was the letter that was

8    addended to the PSI, Your Honor, and which is also on the

9    Elmo -- he expressed deep regret for the crime committed, love

10   for the United States, that he harbors no hatred in his heart,

11   that he disavowed all forms of violence and disavowed the

12   notion that violence is a part of his direction.

13         Your Honor, we distinguish Mr. Ismail's acceptance of

14   responsibility and renunciation to violence from another

15   district -- from another case in our district, one which our

16   sentencing memo discusses, and that case is USA -- and forgive

17   me if I mispronounce it -- versus Gufran Ahmen Mohammed, Case

18   Number 13-20364-Ungaro, docket entry 262, at pages 33 through

19   36.

20         And I would just like to show the Court what happened.

21   The defendant was charged with conspiring to provide material

22   support to a foreign terrorist organization.

23         In determining whether a variance was warranted, the

24   Court considered the principles of general deterrence and

25   specific deterrence.

1        The defendant in the case actually admitted to the

2   crime, and so, legally, he accepted responsibility for the

3   crime.

4        However, at sentencing, there was no evidence

5   whatsoever that the defendant was remorseful for his actions or

6   that he renounced the type of activities that led to his

7   arrest.

8        The Government attempted to emphasize the defendant's

9   past actions to show a lack of remorse.

10       The Court, however, stated, and I quote:

11       Those are things that occurred while the crime was

12  being committed.  I am more interested in where the defendant

13  is now.

14       And the Court made very clear that there would be no

15  variance unless it heard a meaningful renunciation.

16       Unlike that case before Judge Ungaro and unlike that

17  particular defendant who failed to say anything showing remorse

18  to the Judge, this Court has Mr. Ismail's letter and just heard

19  from him a heart-felt expression of deep remorse for everything

20  he did.

21       He attempted to explain why he did it, express a desire

22  to receive the treatment that he needs, along with medication,

23  and express regret for the shame he brought upon his family.

24       His wife is divorcing him.  We asked she come to court

25  today, Judge, however, she's not here.

1          There are nine or ten people in here, sitting in the

2     gallery, his father, his mother, his aunt, his uncle, and

3     several members of the community who will all attest to his

4     character and are all curious and don't understand exactly how

5     this happened to Mr. Ismail.

6          And so, Mr. Ismail, in no uncertain terms, repudiated

7     violence and expressed remorse for his conduct.

8          So the question becomes:

9          Is he susceptible to treatment?  Can he be treated so

10    that he can function normally in society and not be a danger to

11    himself or others?

12         Well, we know he's renounced the violence, and we know

13    he's renounced any form of violence in his religion and

14    embraced peace and love.

15         And so, what treatment would work to allow him to

16    function normally?

17         Well, in that regard, both mental health experts, the

18    BOP psychologist and Dr. Ouaou, both opined that Mr. Ismail

19    would benefit from treatment and medication.

20         I can cite both of those opinions, if you would like,

21    in their reports.

22         Would you like, Your Honor?

23         THE COURT:  All right.

24         MR. NUNEZ:  Yes, Your Honor.  So, on Dr. Ouaou's

25    report, what I've numbered 18 -- and I believe it's on the

1    Elmo -- I highlighted it for ease of reference, and I'll quote:

2           I believe that his condition is likely treatable with

3    appropriate -- and I will leave the last two words out for

4    privacy concerns.

5           And then, with respect to the BOP report, number 15, at

6    the very bottom, it says:

7           The defendant suffers from mental disease, paren,

8    disorder.  He may benefit from treatment and a number of

9    modalities -- he lists two -- and then goes on to say:

10          He should be mandated to all modalities of treatment.

11          And so, it appears that both mental health experts

12   opine that he would, in fact, benefit from treatment.

13          The best evidence is that his brother suffers the same

14   condition and he has shown to be functionable and okay, for all

15   practical purposes.

16          So one may wonder, why did Mr. Ismail not take the

17   medication earlier?

18          The answer appears in Dr. Ouaou's report, where he

19   says, and I quote -- and this will appear on -- between 15 and

20   16, Your Honor will see a star, so I invite Your Honor to look

21   at that page -- it's on the Elmo -- and I will quote:

22          Patients with these types of disorders often have

23   little insight and impaired judgment regarding their pathology,

24   i.e., anosognosia -- excuse me for the mispronunciation -- and

25   they resist treatment.

1        And so what happens is those who appear to have mental

2   illness are the last to acknowledge that they suffer from the

3   same.

4        This experience brought to light to Mr. Ismail that he

5   absolutely requires treatment and medication in order to treat

6   his symptoms and allow him to function normally.

7        We believe that he can.

8        It is too bad and truly sad that it took the slamming

9   of a jail cell to truly understand the significance of his

10  mental disease.

11       Your Honor heard from Mr. Ismail directly.  He

12  understands how serious the condition is, that he needs

13  treatment and medication, and that he wants the medication and

14  the treatment, and that he's eager to receive it.

15       Your Honor accurately states that he posted material

16  that cannot be removed from the internet.  However, Judge,

17  those materials were available on the internet before

18  Mr. Ismail ever re-posted them, and they will forever be on the

19  internet.

20       Irrespective of intent of his actions, for all we know,

21  Your Honor, he may have re-posted it to the people that

22  originally posted it.

23       For certain, for certain, Your Honor, there are

24  hard-core terrorists who deserve to be locked up, with the key

25  thrown away.

1          Mr. Ismail is no hard-core terrorist.

2          He's a mentally ill individual, who, because of a

3     lifetime of isolation -- and other issues which I've made the

4     Court aware of -- turned to the internet at a young age for

5     some form of social interaction, for which he was desperate.

6          As humans, we need interaction, and he was unable to

7     connect with others in the real world.  He turned to the

8     internet and, unfortunately, found acceptance from the worst of

9     the worst that could ever exist under the sun.

10         And so he finds himself here today, seeking a merciful

11    sentence for all the reasons presented.

12         Thank you, Your Honor.

13         THE COURT:  Thank you.

14         Anything from the Government?

15         By the way, before you sit down, counsel, what was the

16    disposition in 13-20364?

17         MR. NUNEZ:  Okay.  So the Court -- the final was 15

18    years, but the Court did take a recess to come back and see if

19    he expressed remorse, and I don't know what happened.

20         Thank you, sir.

21         THE COURT:  Okay.  Thank you.

22         Anything from the Government?

23         MS. GILBERT:  Thank you, Your Honor.

24         I'll start with the last point that he just made.  In

25    Gufran, Judge Ungaro did sentence him to 15 years.  My

1    understanding is that was the statutory maximum at the time.

2          The statutory maximum for terrorist support has since

3    moved to 20 years.  In 2015, it went up.  So Judge Ungaro gave

4    the defendant the statutory maximum in that sentence.

5          Your Honor, as I laid out in my pleading, the base

6    offense level, for the offense of posting bomb-making

7    instructions with the enhancement someone committed a crime of

8    violence, in this case, a weapon of mass destruction, that base

9    offense level is 42.

10         So even if the Court doesn't consider the terrorism

11   enhancement -- which is why guideline level 43 and criminal

12   history category VI -- even if you don't consider that and you

13   begin with his base offense level, the advisory guideline range

14   is level 39, which would be acceptance, other than 42, is 262

15   to 327, well above the statutory max.

16         So, as I said in my pleading, it's really moot whether

17   the terrorism enhancement applies or not, the oral

18   representation of the criminal history category, it's really

19   all moot, because even if you don't take any of that into

20   account, the statutory max is still below the advisory

21   guideline sentence.

22         When you look at the 3553 factors, the seriousness of

23   the offense, it's the Government's position that no offense

24   could be any more serious.

25         This defendant's intent was for others to take the

1    instructions that he gathered and to encourage them to commit

2    violent acts using bombs on behalf of Isis.

3           Not only did he gather and post bomb-making

4    instructions, he posted Isis' propaganda, telling individuals

5    that it is their obligation to carry out attacks, it is their

6    obligation to use these instructions and to kill people who are

7    not in support of Isis.

8           One of the cases that defense counsel mentioned in his

9    pleading was United States versus Medina.  This was a case

10   here, in front of Judge Scola, where the offense was material

11   support.  Medina was a friend of this defendant.

12          And when the FBI encountered this defendant in 2016,

13   along with Medina, this defendant was not arrested at the time.

14          That's when he would have had a great opportunity to

15   walk away from supporting Isis.

16          But instead of radicalizing people in person, he just

17   began to go online and do the same thing.  He hid his identity,

18   he took great steps to hide.  He had nothing related to his

19   name because, we believe, his friend was arrested and charged

20   and went to jail, he knew he had to take further precautions.

21          This defendant knew exactly what he was doing.  In his

22   post-arrest statement, he denied the offense and said, I was

23   just doing research, I was just doing research.

24          That's the action of someone who understands the

25   criminal nature of their activity.

1          It's pretty common sense, it's easy to say now, I
2    renounce this and I'll never do it again.
3          My only comment, it's all self-reported, the history of
4    the treatment, or lack thereof, the abuse is all
5    self-supported.
6          Yes, he fit in the worst of the worst, because he
7    wanted Isis to succeed.
8          It's the Government's position that 20 years, the
9    statutory maximum, is the appropriate sentence in this case.
10         MR. SCHUSTER:  Your Honor, may I, very briefly?
11         THE COURT:  Okay.
12         MR. SCHUSTER:  Thank you.
13         Your Honor, the defendant doesn't take issue with the
14   horrible facts that the Government described.
15         We quickly reviewed the discovery with the defendant,
16   and we quickly asked the Court, as quickly as we could,
17   reviewing the mammoth amount of discovery, to set a plea
18   hearing.
19         And we don't have any question that he watched and
20   re-posted violent, dangerous videos on the internet.  And we
21   agree that those same violent, repugnant postings that the
22   defendant re-posted are still there.
23         Your Honor, for hundreds of years the mentally ill were
24   executed in our nation when they committed capital crimes.
25         Some time ago -- and not all that long ago -- the

1  Supreme Court decided that parts of our Constitution should be

2  interpreted in light of the evolving standards of decency that

3  mark the progress of a mature society; that decency that we

4  have, as a nation, and our compassion, may include treating the

5  mentally ill with a sense of mercy that might not be deserved

6  for the well-minded person that commits similar crimes.

7          If this defendant was not repented, if this defendant

8  was not remorseful, if this defendant did not renounce

9  violence, and his terrible use of the internet and the ideas

10  behind it, we couldn't stand before the Court and ask for

11  mercy.

12          Your Honor, the Government talks about advisory

13  guidelines.  I know the Court practiced long before there were

14  guidelines.

15          These advisory guidelines treat someone charged with

16  terrorism not as an individual, but somebody that has to be

17  locked up for an extraordinary period of time and, in most

18  instances, much longer than the statutory maximum.

19          Your Honor, in the Liberty City Seven case, the most

20  serious sentence after trial was 13 years.

21          In the United States -v- Mandhai, Judge Dimitrouleas

22  sentenced somebody who was going to blow up the local power

23  stations and demand release for terrorists, the sentence in

24  that case was 168 months and the co-defendant got 58 months.

25          Counsel knows that this Court speaks with a very strong

1    voice at sentencing.  I looked at some other decisions from

2    some other judges.

3          Judge O'Toole, from the District of Massachusetts,

4    completely repudiates using the sentencing terrorism

5    enhancement, the category VI, the extra 12 points.  He believes

6    it prevents the penalty from fitting the crime.

7          And, Your Honor, if Your Honor was interested, I could

8    read a whole section of what he had to say about it, why he

9    doesn't apply the enhancements, either one.

10         Judge Kane, from the District of Colorado -- I don't

11   know if this Court ever had a chance to meet with him -- he,

12   like Judge O'Toole -- he actually cites Judge O'Toole in one of

13   his most recent decisions in a terrorism case.

14         He perceived the advisory guidelines for terrorism as

15   overly severe, disproportionate to the individual or the crime,

16   which is the statutory mandate of Section 3553.

17         We, the public, are scared -- for good reasons -- of

18   terrorists, and the guidelines reflect that fear.

19         We don't believe that this defendant is a terrorist,

20   but he was computer and internet obsessed, to a sick degree,

21   with propaganda, and that's what he re-posted.

22         I can't say that he was targeted in the chat rooms, but

23   his obsession, including those thoughts and re-posting of

24   violent propaganda, is long done.

25         As human beings, we can and do evolve, and with medical

1    help, we can and do get better.

2         The Court heard from the defendant, the Court read his

3    letter, time can, he will be treated.  We intend to follow-up

4    with the Bureau of Prisons and ensure real help.  But just as

5    importantly, Your Honor knows of his family support.

6         There's a recent BOP study, 2018 study, about the

7    mentally ill and recidivism.  The three most important factors

8    that reduce recidivism is:

9         Post-release mental health treatment, post-release

10   housing, and post-release employment.

11        And Tayyab, with the love from his parents, has all

12   three.

13        Our hope, Your Honor, is that the and the evolution of

14   the criminal justice system in our society is not only to fear

15   this defendant, but reflected by this Court, to also treat him

16   with some degree of mercy, some degree of leniency, and to

17   treat him other than locking him up for 20 years.

18        Twenty years will be counter-productive to genuine

19   treatment, which must include some hope -- a hopefulness that

20   20 years will destroy.

21        This Court can punish but still repair a life.

22        The Supreme Court described in a number of cases how

23   the national consensus emerged, that the mentally challenged

24   should not be executed.  And we see some of the same on the

25   local level with less serious crimes of mental health courts.

1          We ask this Court to be merciful on this man, who seeks

2     to be helped.  A seven-and-a-half year sentence sends a serious

3     message, it incapacitates and allows more than a sufficient

4     term for medical treatment.  Seven-and-a-half years seriously

5     punishes.

6          As a practical matter, there is discrimination and

7     bullying in our federal prisons.  People will learn why this

8     defendant is in jail.  This defendant's time will be very hard

9     time, and that's just a fact.

10          We ask the Court to consider all these factors in

11     deciding what punishment to impose.

12          THE COURT:  Thank you.

13          Ms. Gilbert, in the Medina case that's referenced at

14     paragraph 37 --

15          MS. GILBERT:  Yes, sir.

16          THE COURT:  -- the sentence imposed was 25 years?

17          MS. GILBERT:  Yes, sir.  It was because it was a weapon

18     of mass destruction count, so the statutory maximum was life.

19          THE COURT:  Okay.  So, in this case, what you're

20     pointing out, I understand, if you went by the -- if you did a

21     guideline calculation, what were you referring to before, that

22     he would be at a level 43, category VI, of mandatory life?

23          MS. GILBERT:  Yes, sir, if you imposed a terrorism

24     enhancement, correct.

25          THE COURT:  The terrorism enhancement?

1          MS. GILBERT:  Yes, sir.

2          THE COURT:  Okay.  And what does it take to require the

3    imposition of the terrorism enhancement?

4          MS. GILBERT:  That the crime involved was intended to

5    promote a federal terrorism offense.

6          THE COURT:  And is it your position that the facts in

7    this case would have otherwise supported that enhancement?

8          MS. GILBERT:  Absolutely, Your Honor.

9          THE COURT:  So, but you're also saying that if you --

10   so that would be life imprisonment.  So if you took that away,

11   that enhancement, then where would you be left?

12         MS. GILBERT:  If you take that away, then you're at

13   level 39, after acceptance, criminal history category I, and

14   those guidelines are 262 months to 327, so still above the 240.

15         THE COURT:  Okay.  So, going back to the Medina case,

16   how -- why did you not -- or why in that case did it not

17   result -- if that terrorism enhancement applied, why did it not

18   result, or did it, result in a maximum sentence of life?

19         MS. GILBERT:  My understanding, Your Honor -- it was

20   Judge Scola, I was not involved in the case at the time of

21   sentencing -- but there was a significant brain injury, a

22   physical brain injury, a cyst, in Mr. Medina's head that was

23   causing such significant impairment.

24         So it's actually a provisional sentence.  He has been

25   sent off to a medical facility.  And when the medical facility

1   believes that he has been treated, he will then be sent back

2   to, in fact, impose the sentence.  But there was, in fact, a

3   physical medical issue with Mr. Medina.

4        THE COURT:  Nevertheless, he got the sentence that was

5   imposed, was 25 years?

6        MS. GILBERT:  Yes, sir.

7        THE COURT:  So, at least from this defendant's

8   standpoint, but for the fact that the maximum statutory term is

9   240 months, he would otherwise be looking at life?

10        MS. GILBERT:  Yes, sir.

11        THE COURT:  Okay.  So I think that's something to

12   at least keep in mind, or be aware of, that it's the statutory

13   maximum that is, essentially, becoming the guideline sentence

14   because it caps the guideline sentence at the statutory max.

15        MR. SCHUSTER:  Yeah, that's the operation of law.

16        But from the same perspective, Mr. Medina got a

17   variance of, let's say, 80 percent, because his maximum

18   sentence was life, and the Court imposed a 25-year sentence,

19   and he was going to detonate a bomb at an Aventura synagogue;

20   and his variance, we would respectfully like the Court to

21   consider a similar variance in this case.

22        THE COURT:  Well, in terms of looking at the particular

23   conduct, I guess the other way to look at that is that his

24   sentence was still 20 percent more than what the sentence would

25   be if you gave the statutory maximum in this case.

1          MR. SCHUSTER:  Or it was an 80 percent variance, if we

2     extrapolate what life is to the sentence imposed.

3          And, Your Honor, if I could, if I may just have one

4     moment, I would respectfully advise the Court that I am

5     reviewing an order from Judge Kane in a terrorism case filed in

6     2018, and Judge Kane cites in footnote 12 that:

7          62 percent of criminal defendants charged with

8     supporting terrorism, under 2339(b), who received variances not

9     sponsored by the Government, amounting to below the guideline

10    range of 41 percent, or 79 months.

11         So if Your Honor is looking at what happens

12    nationwide -- and I agree that we are not charged with

13    supporting terrorism, we're charged with an explosive

14    offense -- but the analogy is terrorism.

15         And if the Government would have charged it as

16    terrorism, then what we would be looking at in this case would

17    be base offense level 26 with a two-point enhancement for a

18    weapon, a 28, and then the Court would decide whether or not to

19    impose the terrorism enhancement.

20         And there's just beautiful language from Judge O'Toole

21    on why the terrorism enhancement should never be applied.

22         THE COURT:  Well, and I was going to get to that as

23    well.  I just wanted to at least start in this district --

24         MR. SCHUSTER:  Thank you.

25         THE COURT:  -- and calculating what the guidelines

1    would have been for the maximum statutory penalty.

2              MS. GILBERT:  Your Honor --

3              THE COURT:  Go ahead.

4              MS. GILBERT:  -- I'm sorry -- if I can make two quick

5    points?  One is that Mr. Schuster just referred to, material

6    support is the base offense level 26.  Posting bomb-making

7    instructions is the base offense level 42.  So they see it as a

8    much more serious crime, based on the offense level.

9              The other point I wanted to make to the Court, which

10   is, he was initially charged with five counts, so he had to be

11   facing 100 years.  He's already received a benefit from his

12   pleading guilty and limiting his exposure to 20 years.

13             So I want the Court also to realize that, because of

14   the plea agreement, we've agreed to let him plead to one count,

15   which limits his exposure to 240 months, when he was facing a

16   much greater time.

17             THE COURT:  Okay.  But with respect to the comments of

18   other judges in other circuits, I do respect their comments.

19   I don't have the facts of those cases before me.  These are

20   all -- even though the offenses may be -- the charged offenses

21   may somewhat be similar, or enhancements may be similar, or

22   appropriate, in some circumstances and are not in others, you

23   know.

24             From where I sit, to come out with a -- an

25   across-the-board rejection that these enhancements should never

1    be applied, or they overstate the seriousness, in every case,

2    just seems to me to be too broad a generalization of, you know,

3    if somebody doesn't like what Congress has done, or the

4    enhancements that the Sentencing Commission has come up with,

5    the forum for remedying that is not in the district court.

6          That forum is with Congress, or maybe it be arguments

7    with the Sentencing Commission.  I understand that I have the

8    discretion, I'm not suggesting otherwise.

9          But I think there are at least a few people that might

10   disagree with the notion that a particular judge might have,

11   that they overstate the seriousness of the offense, given the

12   nature of the underlying conduct.

13         So without the benefit of knowing what the -- as I

14   said, I respect their comments, but without knowing the

15   specific facts of the case that was before the judge at that

16   time, it's very difficult -- I think it's kind of a slippery

17   slope to kind of say, therefore, here's what we should do in

18   this case.

19         A couple of other points that were made in the initial

20   opening.  You know, I am not unsympathetic to everything that I

21   have read about the defendant's childhood and some of the

22   circumstances and the environment that he was exposed to, it's

23   not an optimal environment, and it's unfortunate.

24         But I dare say that there are many children in this

25   country and around the world that grow up in suboptimal

1    conditions, for one reason or another -- I'm not trying to

2    minimize his own upbringing and what he was exposed to -- but I

3    guess my point is that, you know, as much as we'd like for all

4    of us to grow up in ideal circumstances, it's just not the

5    reality.

6          And yet, there are many people who grow up in those

7    kind of suboptimal conditions and they achieve great things,

8    they go on to become -- they overcome their adversities, they

9    go on to become gifted in one way or the other.

10         I guess my point is that the -- some of these childhood

11   adversities, they don't become a terrorist or threaten to

12   engage in violent behavior, activity, of one kind or another.

13         So it's kind of hard to draw the line when somebody has

14   a suboptimal childhood and then how they engage in criminal

15   behavior such as we have today, that somehow it's justified.

16         I'm not suggesting that that argument is being made,

17   but it's unfortunate that he had that kind of childhood

18   upbringing.

19         But what we're really here for today is to hold him

20   accountable for his adult criminal behavior.  And I've looked

21   at some of the reports and, obviously, he's in a -- the

22   comments in the reports, obviously, he's in need of treatment.

23         But even the report by his own psychologist gives me

24   cause for concern about what kind of sentence should be

25   imposed, because I know, while we're focused on -- or the

1  defense is focused on doing the best that they can for the

2  defendant -- and the Court wants to do that, too -- but we also

3  have to balance that with what's our concern for the community

4  and for society.

5       And here's one of the comments that I think you made

6  reference to in your own presentation but, additionally,

7  patients with -- I'm quoting now from the psychologist:

8       Additionally, patients with psychotic disorders often

9  have little insight and impaired judgment regarding their

10  pathology and resist treatment.

11       Mr. Ismail suffers from a psychotic disorder that

12  affects his ability to make rational decisions that likely

13  played a role in his arrest.

14       The treatment recommendations from the prison

15  psychologist says that the defendant suffers from mental

16  disease.  He may benefit from treatment in a number of

17  modalities.  He may achieve benefit from individual

18  psychotherapy.  He may benefit from treatment with psychiatric

19  medications.

20       So there's enough of concern on my part that the type

21  of sentence that doesn't address these, there's potential that

22  he could continue to engage in behavior that is not rational --

23  as remorseful as he may be sitting here today -- that he may

24  not be able to maintain that going into the future without the

25  type of treatment that can be provided in the medical

1   institutions in the Bureau of Prisons.

2           So I think that attempts to respond to the points

3   raised.  Okay.

4           Anything else?

5           MR. NUNEZ:  Yes, sir.  Can I have a second?

6           THE COURT:  Sure.

7           MR. SCHUSTER:  Your Honor --

8           THE COURT:  Yes.

9           MR. SCHUSTER:  -- may we approach?

10          THE COURT:  All right.

11          (Sidebar discussion held as follows:)

12          THE COURT:  Come on over here.

13          MR. SCHUSTER:  We been trying to be sensitive to the

14  family, and we know that there's medical history in the family,

15  and, Your Honor, what we wrote in our sentencing memoranda

16  about mental health cutting both ways, it's a knife that cuts

17  both ways, and we appreciate Your Honor's concerns.

18          There's a genetic component to his mental illness, and

19  his brother who has the same schizophrenic disease is stable,

20  and he's stable because he's taking the medication.

21          It's what David Nunez said, that when that jail door

22  slams shut and when he spends hours in the jail talking to us,

23  he understands better that he really needs the medication.

24          So, Your Honor, we thought about what Your Honor is

25  saying right now, does he need to be locked up for longer

1    because society's at risk.

2            That's why we spent -- we took a risk when we filed for

3    a prison doctor, because often they'll deny that there is

4    problems because it's complicated and expensive to treat

5    somebody at a federal prison.

6            But we believe -- because he knows about his brother,

7    he knows about himself, he knows what he's done to himself with

8    this obsessive sickness -- that he's going to take the

9    medication and he's going to get better.

10           No prison doctor can tell the Court that he can get

11   better.  When this doctor said "may," that's about as serious

12   as the doctor can get treating somebody in the prison.

13           Our doctor believes that the genetic relationship with

14   his brother, he's got a good candidate for getting better.

15           Maybe Your Honor splits the baby, give him 10 years

16   instead of 20 years -- that's kind of like a hopeless sentence

17   for a guy whose got some serious problems, who really wants to

18   get better.

19           He's got a family, Judge, these people are seriously

20   behind him -- nobody asked for -- well, he's got a family that

21   really feels bad about how his life has been, and they're going

22   to be behind him with a job, with housing, with medical

23   treatment.  Nobody's abandoning him to the streets.

24           They gave him the hard love, and that's when he was

25   homeless for awhile, that's when the FBI first came in contact

1    with him, in 2010, he was in the streets, and he was homeless.

2         But, Your Honor, I've seen serious love.  I mean, this

3    is really a devote family.  If Your Honor could give him hope,

4    give -- I think that is almost like the treatment, so when I

5    said to Your Honor, if you can temper punishment with mercy.

6         THE COURT:  Well, you know, I'm listening to you, and I

7    guess I'll respond that I haven't found time to repeat myself,

8    but, you know, I'm not getting into plea negotiations here.

9         But, I guess, if I ask the prosecutor to respond, what

10   she would say is, yep, we've already done that.

11        MR. SCHUSTER:  This is a good person.  There's no

12   question, this is a good person, and we appreciated working

13   with her.

14        THE COURT:  So I can see it going down as -- I'll tell

15   you what we'll do, we'll dismiss these other counts, we'll

16   subject him to the maximum of 20 years and you can argue all

17   you want.

18        MS. GILBERT:  Right.

19        MR. SCHUSTER:  Which is what she did, but she knew we

20   didn't have a good chance.

21        THE COURT:  Probably for good reason.

22        But so, you've given it your best shot, your best

23   advocacy, you know.

24        It depends on him taking his medication; right?

25        MR. SCHUSTER:  Sure.

1     THE COURT:  So this is not -- this is not a case -- I

2    will tell you, though, I had a pedophile and his psychiatrist

3    went up there, and he said don't give him hard time in jail,

4    all you need to do is have him take his medication, which takes

5    away his desire to be a pedophile.

6         And the Government put up their expert, that depends on

7    him taking the medication; if he doesn't take the medication,

8    it doesn't work.

9         In the meantime, we're all at risk -- or at least the

10    children are at risk -- that he's going to go off the

11    medication.

12         If you have somebody with schizophrenia, do you know

13    what they hate to do?  -- take the medication.

14         MR. SCHUSTER:  I have lots of CJA appointments with

15    these cases, so I --

16         THE COURT:  Forget, I have a lot of personal -- I know

17    of others that have had -- why?  Because even schizophrenic

18    people feel better when they're normal, like themselves, even

19    if it means being a little off kilter than they feel when

20    they're on their medication.

21         MR. NUNEZ:  That may be the case.  But given what he's

22    going to suffer, more importantly, there's no guarantee when he

23    gets out that he'll be safe or not a risk.

24         THE COURT:  That's true, that is absolutely true.

25         So, in the meantime, we can do what we can do to make

1    sure he gets treatment, as well as he's being protected, that's

2    the only way we can be certain that there -- or at least have

3    some degree of assurance that we're not going to be propagating

4    this information on the internet.

5           MR. NUNEZ:  Can I ask a question.  Can we really say

6    that between 20 and 15 years, is that it will be safe?

7           THE COURT:  For certainty, you can't.  But somebody has

8    to do this job, and do I want the blood on my hands between the

9    15th and 20th year he does do something?

10          I mean, if you were in my shoes, would you want to take

11   that risk?  Maybe you would, maybe you wouldn't.

12          MR. NUNEZ:  No, sir.

13          THE COURT:  (Inaudible) -- out of Massachusetts or --

14          MR. SCHUSTER:  Judge Kane is a great guy, maybe you

15   will have a chance to have a beer with him.

16          THE COURT:  All right.

17    (Sidebar concluded and the following was held in open court:)

18          THE COURT:  Okay.  Anything further?

19          MS. GILBERT:  No, sir.

20          THE COURT:  The Court has considered the statement of

21   all parties, the presentence report which contains the advisory

22   guidelines and the statutory factors as set forth in Title 18,

23   United States Code, Section 3553(a).

24          A sentence will be imposed at the advisory guideline

25   term, as this will provide sufficient punishment and

1    deterrence.

2           It is the finding of the Court the defendant is not

3    able to pay a fine.

4           It is the judgment of the Court the Defendant, Tayyab

5    Tahir Ismail, is committed to the Bureau of Prisons to be in

6    prison for 240 months as to Count 2.

7           Upon release from imprisonment the defendant shall be

8    placed on supervised release for a term of three years as to

9    Count 2.

10          Within 72 hours of release from the custody of the

11   Bureau of Prisons the defendant shall report in person to the

12   probation office in which the defendant is released.

13          While on supervised release the defendant shall comply

14   with the mandatory and standard conditions of supervised

15   release, which include:

16          Not committing any crimes, being prohibited from

17   possessing a firearm, or other dangerous device, not unlawfully

18   possessing a controlled substance, and cooperating in the

19   collection of DNA.

20          The defendant shall also comply with the following

21   special conditions:

22          Association restriction, mental health treatment,

23   permissible search, permissible computer examination, data

24   encryption restriction, offense-related computer restriction,

25   and unpaid restitution, fines, and special assessments, as

1    noted in part F of the presentence report.

2           It is further ordered that the defendant shall

3    immediately pay to the United States a special assessment of

4    $100.

5           Now that sentence has been imposed, does the defendant

6    or his counsel object to the Court's findings of fact or the

7    manner in which sentence was pronounced?

8           MR. NUNEZ:  No, Your Honor.

9           THE COURT:  Mr. Ismail, do you understand you have a

10   right to appeal the sentence that I've imposed?

11          I guess that was subject to -- I don't know if there's

12   any provision in the plea; but subject to that, Mr. Ismail, do

13   you understand you have a right to appeal the sentence that

14   I've imposed?

15          MR. NUNEZ:  No, Your Honor.

16          THE COURT:  Does he understand that he has a right to

17   appeal the sentence that I've imposed?

18          MR. NUNEZ:  Yes, yes, of course.

19          THE COURT:  Thank you.

20          MR. SCHUSTER:  Your Honor, we would ask the Court to

21   adopt the recommendation of both parties concerning his

22   placement.

23          May I approach, Your Honor?

24          THE COURT:  Okay.

25          MR. SCHUSTER:  We reached a stipulation with the

1    Government, if Your Honor can make that part of the J & C.

2         THE COURT:  So I will make the recommendation that's

3    provided in the stipulation for a Level III care facility,

4    Butner, North Carolina.  Okay.

5         MR. SCHUSTER:  Thank you, Your Honor.

6         THE COURT:  Thank you.

7         MR. NUNEZ:  Thank you, sir.

8         THE COURT:  Thank you.

9         (Proceedings concluded at 3:37 p.m.)

10

11              C E R T I F I C A T E

12

13     I hereby certify that the foregoing is an

14    accurate transcription of the proceedings in the

15    above-entitled matter.

16

17    August 28, 2019        /s/Glenda M. Powers
                             GLENDA M. POWERS, RPR, CRR, FPR
18                           United States District Court
                             400 North Miami Avenue, 08S33
19                           Miami, Florida 33128

20

21

22

23

24

25

## $

**$100** [1] - 39:4

## /

**/s/Glenda** [1] - 40:16

## 0

**08S33** [2] - 1:24, 40:18
**0:18-CR-60352-KMM
-1** [1] - 1:2

## 1

**1** [1] - 1:9
**10** [2] - 10:20, 34:15
**100** [1] - 29:11
**11th** [2] - 7:17, 10:12
**12** [2] - 23:5, 28:6
**13** [4] - 9:25, 10:1,
11:4, 22:20
**13-20364** [1] - 18:16
**13-20364-Ungaro** [1] -
13:18
**13-year-old** [1] - 10:1
**15** [5] - 16:5, 16:19,
18:17, 18:25, 37:6
**150** [1] - 1:18
**15th** [2] - 1:20, 37:9
**16** [1] - 16:20
**168** [1] - 22:24
**17** [2] - 11:12, 11:13
**18** [3] - 1:6, 15:25,
37:22
**1997** [1] - 9:25

## 2

**2** [2] - 38:6, 38:9
**2-C** [1] - 1:21
**20** [10] - 3:2, 19:3,
21:8, 24:17, 24:20,
27:24, 29:12, 34:16,
35:16, 37:6
**2001** [1] - 10:12
**2010** [2] - 12:9, 35:1
**2011** [1] - 10:12
**2015** [1] - 19:3
**2016** [1] - 20:12
**2018** [2] - 24:6, 28:6
**2019** [2] - 1:6, 40:16
**20th** [1] - 37:9
**2339(b** [1] - 28:8
**240** [6] - 2:20, 3:2,
26:14, 27:9, 29:15,
38:6
**25** [2] - 25:16, 27:5
**25-year** [1] - 27:18

**26** [2] - 28:17, 29:6
**262** [3] - 13:18, 19:14,
26:14
**2700** [1] - 1:18
**28** [2] - 28:18, 40:16
**2:00** [1] - 1:8
**2:29** [1] - 1:8

## 3

**302** [1] - 12:9
**327** [2] - 19:15, 26:14
**33** [1] - 13:18
**33128** [2] - 1:25, 40:18
**33130** [1] - 1:19
**33132** [2] - 1:16, 1:21
**3553** [4] - 4:22, 6:4,
19:22, 23:16
**3553(a)** [1] - 37:23
**36** [1] - 13:19
**37** [1] - 25:14
**39** [2] - 19:14, 26:13
**3:37** [1] - 1:8, 40:9

## 4

**400** [2] - 1:24, 40:18
**41** [1] - 28:10
**42** [3] - 19:9, 19:14,
29:7
**43** [3] - 2:19, 19:11,
25:22
**44** [1] - 6:19
**45** [3] - 6:16, 6:22,
6:23
**49** [1] - 1:9
**4th** [1] - 1:15

## 5

**55** [1] - 9:16
**555** [1] - 1:20
**58** [1] - 22:24

## 6

**62** [1] - 28:7

## 7

**72** [1] - 38:10
**79** [1] - 28:10

## 8

**8** [1] - 10:20
**80** [2] - 27:17, 28:1

## 9

**9** [1] - 10:20
**99** [1] - 1:15

## A

**abandoned** [2] - 3:19,
4:14
**abandoning** [1] -
34:23
**ability** [1] - 32:12
**able** [5] - 8:9, 11:6,
11:11, 32:24, 38:3
**above-entitled** [1] -
40:14
**absolutely** [3] - 17:5,
26:8, 36:24
**abuse** [6] - 6:24, 7:13,
21:4
**abuses** [1] - 7:1
**acceptance** [8] - 6:10,
8:4, 10:5, 13:4,
13:13, 18:8, 19:14,
26:13
**accepted** [2] - 13:3,
14:2
**according** [2] - 5:15,
9:16
**account** [1] - 19:20
**accountable** [1] -
31:20
**accounts** [1] - 9:3
**accurate** [1] - 40:13
**accurately** [1] - 17:15
**achieve** [2] - 31:7,
32:17
**acknowledge** [3] -
6:14, 8:15, 17:2
**across-the-board** [1] -
29:25
**action** [1] - 20:24
**actions** [4] - 4:12,
14:5, 14:9, 17:20
**activities** [1] - 14:6
**activity** [2] - 20:25,
31:12
**acts** [1] - 20:2
**added** [1] - 4:11
**addended** [1] - 13:8
**additionally** [2] - 32:6,
32:8
**address** [1] - 32:21
**addressing** [1] - 3:6
**admitted** [1] - 14:1
**adopt** [1] - 39:21
**adult** [1] - 31:20
**advantage** [1] - 4:17
**adversities** [2] - 31:8,
31:11

**advise** [1] - 28:4
**advisory** [7] - 19:13,
19:20, 22:12, 22:15,
23:14, 37:21, 37:24
**advocacy** [1] - 35:23
**affection** [1] - 8:23
**affects** [2] - 10:21,
32:12
**afternoon** [2] - 2:5,
2:8
**age** [1] - 18:4
**agent** [3] - 12:10,
12:15, 12:23
**Agent's** [1] - 12:16
**Agents** [1] - 2:7
**ago** [5] - 12:9, 12:14,
12:21, 21:25
**agree** [2] - 21:21,
28:12
**agreed** [1] - 29:14
**agreement** [1] - 29:14
**ahead** [3] - 3:9, 6:17,
29:3
**Ahmen** [1] - 13:17
**allow** [4] - 5:5, 6:18,
15:15, 17:6
**allows** [1] - 25:3
**almost** [1] - 35:4
**America** [2] - 2:2, 8:19
**AMERICA** [1] - 1:4
**Americans** [1] - 8:18
**amount** [1] - 21:17
**amounting** [1] - 28:9
**analogy** [1] - 28:14
**announce** [2] - 7:7,
13:1
**anosognosia** [1] -
16:24
**answer** [2] - 8:16,
16:18
**ANTHONY** [1] - 1:17
**apologize** [1] - 4:10
**appeal** [3] - 39:10,
39:13, 39:17
**appear** [2] - 16:19,
17:1
**appearances** [1] - 2:4
**APPEARANCES** [1] -
1:13
**appearing** [1] - 2:10
**applied** [3] - 26:17,
28:21, 30:1
**applies** [1] - 19:17
**apply** [1] - 23:9
**appointments** [1] -
36:14
**appreciate** [1] - 33:17
**appreciated** [1] -
35:12

**approach** [2] - 33:9,
39:23
**appropriate** [3] - 16:3,
21:9, 29:22
**arguably** [1] - 9:20
**argue** [1] - 35:16
**argument** [2] - 4:22,
31:16
**arguments** [1] - 30:6
**arrest** [4] - 12:5, 14:7,
20:22, 32:13
**arrested** [3] - 4:6,
20:13, 20:19
**ashamed** [2] - 3:15,
3:16
**assessment** [1] - 39:3
**assessments** [1] -
38:25
**associated** [1] - 4:8
**association** [1] -
38:22
**assurance** [1] - 37:3
**asterisks** [1] - 12:12
**attacks** [1] - 20:5
**attempted** [2] - 14:8,
14:21
**attempts** [1] - 33:2
**attest** [1] - 15:3
**Attorney's** [1] - 1:15
**August** [1] - 40:16
**aunt** [1] - 15:2
**AUSA** [1] - 1:14
**available** [1] - 17:17
**Aventura** [1] - 27:19
**Avenue** [1] - 1:24,
40:18
**avoid** [2] - 10:13,
10:14
**avoided** [1] - 8:7
**aware** [3] - 9:9, 18:4,
27:12
**awhile** [1] - 34:25

## B

**baby** [1] - 34:15
**background** [1] - 5:5
**bad** [3] - 4:5, 17:8,
34:21
**balance** [1] - 32:3
**base** [6] - 19:5, 19:8,
19:13, 28:17, 29:6,
29:7
**based** [1] - 29:8
**bathroom** [1] - 10:13
**beautiful** [1] - 28:20
**became** [1] - 10:15
**become** [5] - 4:16,
4:18, 31:8, 31:9,
31:11

becomes [1] - 15:8
becoming [1] - 27:13
beer [1] - 37:15
BEFORE [1] - 1:12
began [2] - 10:12,
20:17
begin [1] - 19:13
behalf [4] - 2:6, 3:4,
4:20, 20:2
behavior [4] - 31:12,
31:15, 31:20, 32:22
behind [4] - 5:2,
22:10, 34:20, 34:22
beings [1] - 23:25
believes [3] - 23:5,
27:1, 34:13
below [2] - 19:20, 28:9
benefit [8] - 15:19,
16:8, 16:12, 29:11,
30:13, 32:16, 32:17,
32:18
best [4] - 16:13, 32:1,
35:22
better [14] - 3:22, 4:2,
4:16, 4:17, 4:18,
8:19, 24:1, 33:23,
34:9, 34:11, 34:14,
34:18, 36:18
between [3] - 16:19,
37:6, 37:8
beyond [1] - 6:22
blood [1] - 37:8
blow [1] - 22:22
board [1] - 29:25
bomb [4] - 19:6, 20:3,
27:19, 29:6
bomb-making [3] -
19:6, 20:3, 29:6
bombs [1] - 20:2
BOP [3] - 15:18, 16:5,
24:6
bottom [1] - 16:6
boy [1] - 10:1
brain [2] - 26:21,
26:22
briefly [1] - 21:10
broad [1] - 30:2
brother [7] - 11:5,
11:8, 11:11, 16:13,
33:19, 34:6, 34:14
brought [3] - 3:17,
14:23, 17:4
build [1] - 8:19
bullied [3] - 7:15,
9:10, 10:9
bullying [3] - 8:2,
10:15, 25:7
Bureau [4] - 24:4,
33:1, 38:5, 38:11
bus [1] - 10:14

Butner [1] - 40:4
BY [1] - 1:23

# C

calculated [2] - 2:18
calculating [1] - 28:25
calculation [2] - 2:21,
25:21
candidate [1] - 34:14
cannot [1] - 17:16
capital [1] - 21:24
caps [1] - 27:14
care [1] - 40:3
caring [1] - 9:4
Carolina [1] - 40:4
carry [1] - 20:5
CASE [1] - 1:2
case [26] - 9:14, 13:15,
13:16, 14:1, 14:16,
19:8, 20:9, 21:9,
22:19, 22:24, 23:13,
25:13, 25:19, 26:7,
26:15, 26:16, 26:20,
27:21, 27:25, 28:5,
28:16, 30:1, 30:15,
30:18, 36:1, 36:21
Case [1] - 13:17
cases [4] - 20:8,
24:22, 29:19, 36:15
category [6] - 2:19,
19:12, 19:18, 23:5,
25:22, 26:13
caused [3] - 3:18,
7:16, 12:1
causing [1] - 26:23
cell [1] - 17:9
certain [3] - 17:23,
37:2
certainty [1] - 37:7
certify [1] - 40:12
challenge [1] - 6:3
challenged [1] - 24:23
challenging [1] - 6:7
chance [4] - 3:22,
23:11, 35:20, 37:15
character [1] - 15:4
characterized [1] -
9:20
charged [9] - 13:21,
20:19, 22:15, 28:7,
28:12, 28:13, 28:15,
29:10, 29:20
charitable [1] - 9:4
chat [1] - 23:22
CHIEF [1] - 1:12
child [2] - 6:14, 9:7
childhood [8] - 6:25,
7:11, 8:3, 9:11,
30:21, 31:10, 31:14,

31:17
children [2] - 30:24,
36:10
circle [1] - 8:6
circuits [1] - 29:18
circumstances [3] -
29:22, 30:22, 31:4
citations [1] - 12:6
cite [1] - 15:20
cites [2] - 23:12, 28:6
City [1] - 22:19
CJA [1] - 36:14
classes [2] - 10:13,
10:14
classmates [1] - 8:12
clear [1] - 14:14
clearly [1] - 8:15
client [1] - 7:23
client's [3] - 7:7, 9:19,
11:14
co [1] - 22:24
co-defendant [1] -
22:24
Code [1] - 37:23
collection [1] - 38:19
Colorado [1] - 23:10
comfortable [1] - 3:12
comforted [1] - 11:19
coming [1] - 6:1
comment [1] - 21:3
comments [5] - 29:17,
29:18, 30:14, 31:22,
32:5
Commission [2] -
30:4, 30:7
commit [1] - 20:1
commits [1] - 22:6
committed [5] - 13:9,
14:12, 19:7, 21:24,
38:5
committing [1] - 38:16
common [2] - 6:21,
21:1
community [3] - 9:1,
15:3, 32:3
compassion [1] - 22:4
completely [1] - 23:4
complicated [1] - 34:4
comply [2] - 38:13,
38:20
component [1] - 33:18
compounded [1] -
9:11
computer [5] - 8:8,
8:10, 23:20, 38:23,
38:25
concern [6] - 7:7,
10:19, 11:13, 31:24,
32:3, 32:20

concerning [2] -
11:22, 39:21
concerns [3] - 7:23,
16:4, 33:17
concluded [2] - 37:17,
40:9
conclusions [1] -
11:22
concur [1] - 9:14
concurs [1] - 11:16
condition [8] - 9:17,
10:22, 11:9, 12:1,
12:4, 16:2, 16:14,
17:12
conditions [5] - 8:17,
31:1, 31:7, 38:14,
38:21
conduct [6] - 3:18,
13:2, 13:4, 15:7,
27:23, 30:12
Congress [2] - 30:3,
30:6
connect [1] - 18:7
consensus [1] - 24:23
consider [5] - 6:15,
19:10, 19:12, 25:10,
27:21
considered [2] -
13:24, 37:20
conspiring [1] - 13:21
Constitution [1] - 22:1
contact [2] - 12:18,
34:25
contains [1] - 37:21
continue [1] - 32:22
controlled [1] - 38:18
convince [1] - 6:4
cooperating [1] -
38:18
copies [1] - 4:24
core [3] - 9:2, 17:24,
18:1
corporal [2] - 6:20,
7:22, 8:15
correct [2] - 2:21,
25:24
correspondence [2] -
9:17, 9:23
counsel [6] - 2:4, 5:8,
18:15, 20:8, 22:25,
39:6
counseling [1] - 8:1
Count [2] - 38:6, 38:9
count [3] - 3:1, 25:18,
29:14
counter [1] - 24:18
counter-productive
[1] - 24:18
country [2] - 4:11,
30:25

country's [1] - 10:16
counts [2] - 29:10,
35:15
couple [1] - 30:19
course [2] - 11:1,
39:18
court [7] - 6:1, 9:18,
11:14, 13:7, 14:24,
30:5, 37:17
COURT [58] - 1:1, 2:2,
2:8, 2:14, 2:18, 2:24,
3:3, 3:6, 3:9, 3:11,
4:20, 4:24, 5:2, 5:6,
5:24, 11:7, 15:23,
18:13, 18:21, 21:11,
25:12, 25:16, 25:19,
25:25, 26:2, 26:6,
26:9, 26:15, 27:4,
27:7, 27:11, 27:22,
28:22, 28:25, 29:3,
29:17, 33:6, 33:8,
33:10, 33:12, 35:6,
35:14, 35:21, 36:1,
36:16, 36:24, 37:7,
37:13, 37:16, 37:18,
37:20, 39:9, 39:16,
39:19, 39:24, 40:2,
40:6, 40:8
Court [47] - 1:23, 1:24,
2:1, 2:9, 2:12, 5:25,
6:5, 7:8, 7:24, 10:20,
11:4, 12:13, 13:20,
13:24, 14:10, 14:14,
14:18, 18:4, 18:17,
18:18, 19:10, 21:16,
22:1, 22:10, 22:13,
22:25, 23:11, 24:2,
24:15, 24:21, 24:22,
25:1, 25:10, 27:18,
27:20, 28:4, 28:18,
29:9, 29:13, 32:2,
34:10, 37:20, 38:2,
38:4, 39:20, 40:17
Court's [1] - 39:6
COURTROOM [3] -
5:7, 5:14, 5:20
courts [1] - 24:25
crazy [1] - 4:14
crime [9] - 13:9, 14:2,
14:3, 14:11, 19:7,
23:6, 23:15, 26:4,
29:8
crimes [4] - 21:24,
22:6, 24:25, 38:16
criminal [9] - 2:19,
19:11, 19:18, 20:25,
24:14, 26:13, 28:7,
31:4, 31:20
CRR [2] - 1:23, 40:17
culture [1] - 10:8

**curious** [1] - 15:4
**custody** [1] - 38:10
**cut** [1] - 10:1
**cuts** [1] - 33:16
**cutting** [1] - 33:16
**cyst** [1] - 26:22

# D

**danger** [2] - 3:18, 15:10
**dangerous** [2] - 21:20, 38:17
**dare** [1] - 30:24
**data** [1] - 38:23
**daughters** [2] - 3:17, 3:19
**David** [2] - 2:10, 33:21
**DAVID** [1] - 1:17
**deal** [2] - 9:22, 10:25
**decency** [2] - 22:2, 22:3
**decide** [1] - 28:18
**decided** [1] - 22:1
**deciding** [1] - 25:11
**decisions** [3] - 23:1, 23:13, 32:12
**deep** [2] - 13:9, 14:19
**deeply** [5] - 3:16, 3:18, 3:21, 4:10, 4:13
**Defendant** [2] - 1:8, 38:4
**defendant** [33] - 9:17, 13:21, 14:1, 14:5, 14:12, 14:17, 16:7, 19:4, 20:11, 20:12, 20:13, 20:21, 21:13, 21:15, 21:22, 22:7, 22:8, 22:24, 23:19, 24:2, 24:15, 25:8, 32:2, 32:15, 38:2, 38:7, 38:11, 38:12, 38:13, 38:20, 39:2, 39:5
**DEFENDANT** [2] - 1:17, 3:13
**defendant's** [6] - 11:20, 14:8, 19:25, 25:8, 27:7, 30:21
**defendants** [1] - 28:7
**defense** [2] - 20:8, 32:1
**degree** [4] - 23:20, 24:16, 37:3
**demand** [1] - 22:23
**denied** [2] - 12:20, 20:22
**deny** [1] - 34:3
**DEPUTY** [3] - 5:7, 5:14, 5:20

**describe** [2] - 9:2, 9:3
**described** [5] - 6:12, 7:1, 10:10, 21:14, 24:22
**describes** [8] - 6:19, 6:24, 7:2, 7:9, 7:25, 8:4, 10:3, 10:21
**deserve** [1] - 17:24
**deserved** [1] - 22:5
**desire** [2] - 14:21, 36:5
**desperate** [1] - 18:5
**desperately** [1] - 8:24
**destroy** [1] - 14:20
**destruction** [2] - 19:8, 25:18
**determining** [2] - 12:2, 13:23
**deterrence** [3] - 13:24, 13:25, 38:1
**detonate** [1] - 27:19
**developmental** [2] - 7:2, 7:6
**device** [1] - 38:17
**devote** [1] - 35:3
**diagnosis** [2] - 11:13, 11:17
**different** [2] - 8:7, 10:8
**difficult** [4] - 6:6, 9:11, 9:21, 30:16
**difficulty** [2] - 8:5, 9:10
**Dimitrouleas** [1] - 22:21
**direction** [2] - 3:20, 13:12
**directly** [1] - 17:11
**disability** [1] - 7:15
**disagree** [1] - 30:10
**disavowed** [1] - 13:11
**disciplinary** [1] - 6:21
**discovery** [2] - 21:15, 21:17
**discretion** [1] - 30:8
**discrimination** [1] - 25:6
**discusses** [1] - 13:16
**discussion** [1] - 33:11
**disease** [4] - 16:7, 17:10, 32:16, 33:19
**dismiss** [1] - 35:15
**disorder** [4] - 9:18, 9:20, 16:8, 32:11
**disorders** [2] - 16:22, 32:8
**disposition** [1] - 18:16
**disproportionate** [1] - 23:15
**distinguish** [1] - 13:13
**DISTRICT** [3] - 1:1,

1:1, 1:12
**district** [5] - 12:25, 13:15, 28:23, 30:5
**District** [4] - 1:24, 23:3, 23:10, 40:17
**divorcing** [1] - 14:24
**DNA** [1] - 38:19
**docket** [1] - 13:18
**doctor** [5] - 34:3, 34:10, 34:11, 34:12, 34:13
**doctor's** [1] - 7:25
**document** [1] - 5:18
**done** [4] - 23:24, 30:3, 34:7, 35:10
**door** [1] - 33:21
**down** [3] - 3:11, 18:15, 35:14
**Dr** [11] - 6:9, 6:25, 7:9, 7:13, 9:17, 10:3, 11:12, 12:3, 15:18, 15:24, 16:18
**draw** [1] - 31:13
**drop** [1] - 7:16

# E

**eager** [1] - 17:14
**early** [1] - 8:1
**ease** [4] - 6:16, 11:24, 12:12, 16:1
**easily** [1] - 6:18
**easy** [1] - 21:1
**echos** [1] - 7:1
**either** [1] - 23:9
**Elmo** [8] - 4:22, 6:16, 6:23, 7:21, 11:5, 13:9, 16:1, 16:21
**embarrassment** [1] - 3:16
**embraced** [1] - 15:14
**emerged** [1] - 24:23
**emotional** [1] - 7:10
**emphasize** [1] - 14:8
**employment** [1] - 24:10
**encountered** [1] - 20:12
**encourage** [1] - 20:1
**encryption** [1] - 38:24
**enforcement** [1] - 12:21
**engage** [3] - 31:12, 31:14, 32:22
**enhancement** [13] - 19:7, 19:11, 19:17, 23:5, 25:24, 25:25, 26:3, 26:7, 26:11, 26:17, 28:17, 28:19, 28:21

**enhancements** [4] - 23:9, 29:21, 29:25, 30:4
**ensure** [1] - 24:4
**entered** [1] - 4:3
**entitled** [1] - 40:14
**entry** [2] - 11:25, 13:18
**environment** [2] - 30:22, 30:23
**equipped** [1] - 8:20
**especially** [2] - 7:22, 10:5
**ESQ** [2] - 1:17, 1:20
**essentially** [1] - 27:13
**evaluation** [1] - 11:22
**evaluations** [1] - 6:8
**everyday** [1] - 10:18
**evidence** [2] - 14:4, 16:13
**evident** [2] - 12:21, 12:23
**evolution** [1] - 24:13
**evolve** [1] - 23:25
**evolving** [1] - 22:2
**exactly** [2] - 15:4, 20:21
**examination** [1] - 38:23
**excuse** [3] - 3:5, 7:3, 16:24
**executed** [2] - 21:24, 24:24
**exist** [1] - 18:9
**expensive** [1] - 34:4
**experience** [1] - 17:4
**experiences** [1] - 11:3
**experiencing** [2] - 6:20, 11:2
**expert** [1] - 36:6
**experts** [2] - 15:17, 16:11
**explain** [1] - 14:21
**explosive** [1] - 28:13
**exposed** [2] - 30:22, 31:2
**exposure** [2] - 29:12, 29:15
**express** [3] - 13:1, 14:21, 14:23
**expressed** [4] - 9:25, 13:9, 15:7, 18:19
**expresses** [1] - 13:6
**expression** [1] - 14:19
**extra** [1] - 23:5
**extraordinarily** [1] - 6:6
**extraordinary** [1] - 22:17

**extrapolate** [1] - 28:2
**extreme** [2] - 6:13, 10:15
**eye** [1] - 12:18

# F

**facility** [2] - 26:25, 40:3
**facing** [3] - 10:18, 29:11, 29:15
**fact** [13] - 9:6, 9:13, 9:14, 11:19, 12:22, 16:12, 25:9, 27:2, 27:8, 39:6
**factors** [6] - 6:4, 7:16, 19:22, 24:7, 25:10, 37:22
**facts** [6] - 6:2, 6:3, 21:14, 26:6, 29:19, 30:15
**failed** [3] - 8:22, 13:1, 14:17
**familial** [1] - 11:9
**family** [11] - 4:14, 6:24, 9:1, 11:10, 14:23, 24:5, 33:14, 34:19, 34:20, 35:3
**far** [3] - 9:24, 12:14, 12:16
**father** [5] - 3:17, 4:16, 6:20, 7:22, 15:2
**FBI** [2] - 2:7, 12:9, 12:10, 12:15, 20:12, 34:25
**FDC** [1] - 9:24
**fear** [3] - 4:11, 23:18, 24:14
**federal** [3] - 25:7, 26:5, 34:5
**felt** [2] - 8:7, 14:19
**few** [1] - 30:9
**fifth** [1] - 8:1
**filed** [4] - 8:25, 9:6, 28:5, 34:2
**final** [2] - 11:13, 18:17
**findings** [1] - 39:6
**fine** [2] - 5:11, 38:3
**fines** [1] - 38:25
**firearm** [1] - 38:17
**first** [5] - 4:3, 8:18, 34:25
**fit** [3] - 5:21, 8:6, 21:6
**fitting** [2] - 9:10, 23:6
**five** [3] - 7:20, 11:25, 29:10
**Flagler** [1] - 1:18
**FLORIDA** [1] - 1:1
**Florida** [6] - 1:5, 1:16, 1:19, 1:21, 1:25,

40:18
**focus** [2] - 5:20, 6:3
**focused** [3] - 11:6,
31:25, 32:1
**follow** [2] - 6:18, 24:3
**follow-up** [1] - 24:3
**following** [2] - 37:17,
38:20
**follows** [1] - 33:11
**footnote** [1] - 28:6
**FOR** [2] - 1:14, 1:17
**foregoing** [1] - 40:12
**foreign** [1] - 13:22
**forever** [1] - 17:18
**forget** [1] - 36:16
**forgive** [1] - 13:16
**form** [5] - 6:12, 8:8,
8:11, 15:13, 18:5
**forms** [1] - 13:11
**forth** [1] - 37:22
**forum** [2] - 30:5, 30:6
**FPR** [2] - 1:23, 40:17
**frankly** [1] - 6:14
**friend** [2] - 20:11,
20:19
**friends** [2] - 9:1, 10:6
**front** [3] - 8:7, 11:7,
20:10
**frozen** [1] - 5:15
**fT** [1] - 1:2
**full** [1] - 10:24
**function** [4] - 11:11,
15:10, 15:16, 17:6
**functionable** [1] -
16:14
**future** [2] - 4:17, 32:24

### G

**gallery** [2] - 5:9, 15:2
**gather** [1] - 20:3
**gathered** [1] - 20:1
**genealogy** [1] - 11:10
**general** [1] - 13:24
**generalization** [1] -
30:2
**generation** [1] - 8:18
**genetic** [2] - 33:18,
34:13
**gentle** [1] - 9:4
**genuine** [1] - 24:18
**gifted** [1] - 31:9
**GILBERT** [20] - 1:14,
2:5, 2:17, 2:22, 2:25,
18:23, 25:15, 25:17,
25:23, 26:1, 26:4,
26:8, 26:12, 26:19,
27:6, 27:10, 29:2,
29:4, 35:18, 37:19
**Gilbert** [2] - 2:6, 25:13

**given** [3] - 30:11,
35:22, 36:21
**GLENDA** [2] - 1:23,
40:17
**Government** [9] -
14:8, 18:14, 18:22,
21:14, 22:12, 28:9,
28:15, 36:6, 40:1
**GOVERNMENT** [1] -
1:14
**Government's** [2] -
19:23, 21:8
**grade** [4] - 7:2, 7:14,
7:17, 8:1
**great** [5] - 9:10, 20:14,
20:18, 31:7, 37:14
**greater** [1] - 29:16
**grow** [3] - 30:25, 31:4,
31:6
**guarantee** [1] - 36:22
**guess** [6] - 27:23,
31:3, 31:10, 35:7,
35:9, 39:11
**Gufran** [2] - 13:17,
18:25
**guideline** [9] - 2:19,
19:11, 19:13, 19:21,
25:21, 27:13, 27:14,
28:9, 37:24
**guidelines** [10] - 2:21,
3:1, 22:13, 22:14,
22:15, 23:14, 23:18,
26:14, 28:25, 37:22
**guilty** [1] - 29:12
**guy** [2] - 34:17, 37:14

### H

**half** [3] - 5:14, 25:2,
25:4
**handle** [1] - 8:20
**hands** [1] - 37:8
**happy** [1] - 12:7
**harbors** [1] - 13:10
**hard** [9] - 9:2, 9:13,
9:14, 17:24, 18:1,
25:8, 31:13, 34:24,
36:3
**hard-core** [3] - 9:2,
17:24, 18:1
**hardships** [1] - 6:13
**harsh** [1] - 7:22
**hate** [1] - 36:13
**hatred** [1] - 13:10
**head** [1] - 26:22
**health** [8] - 9:12, 9:13,
15:17, 16:11, 24:9,
24:25, 33:16, 38:22
**hear** [1] - 3:8
**heard** [4] - 14:15,

14:18, 17:11, 24:2
**hearing** [1] - 21:18
**HEARING** [1] - 1:11
**heart** [4] - 4:6, 13:10,
14:19
**heart-felt** [1] - 14:19
**held** [2] - 33:11, 37:17
**help** [4] - 3:25, 24:1,
24:4
**helped** [1] - 25:2
**hereby** [1] - 40:12
**hid** [1] - 20:17
**hide** [1] - 20:18
**hiding** [1] - 10:13
**high** [1] - 7:17
**highlighted** [1] - 16:1
**highly** [1] - 12:15
**himself** [6] - 10:1,
10:4, 15:11, 18:10,
34:7
**history** [9] - 2:19,
7:13, 10:16, 12:20,
19:12, 19:18, 21:3,
26:13, 33:14
**hold** [1] - 31:19
**homeless** [3] - 12:10,
34:25, 35:1
**honest** [1] - 9:5
**Honor** [72] - 2:5, 2:9,
2:13, 2:16, 3:13,
4:19, 4:21, 5:1, 5:4,
5:12, 5:23, 6:1, 6:7,
6:10, 6:15, 6:19,
6:22, 7:5, 7:8, 7:20,
9:13, 9:15, 10:17,
10:23, 11:6, 11:15,
11:23, 12:6, 12:9,
12:24, 13:8, 13:13,
15:22, 15:24, 16:20,
17:11, 17:15, 17:21,
17:23, 18:12, 18:23,
19:5, 21:10, 21:13,
21:23, 22:12, 22:19,
23:7, 24:5, 24:13,
26:8, 26:19, 28:3,
28:11, 29:2, 33:7,
33:15, 33:24, 34:15,
35:2, 35:3, 35:5,
39:8, 39:15, 39:20,
39:23, 40:1, 40:5
**Honor's** [3] - 8:14,
8:25, 33:17
**HONORABLE** [1] -
1:12
**hope** [5] - 4:2, 6:4,
24:13, 24:19, 35:3
**hopefulness** [1] -
24:19
**hopeless** [1] - 34:16
**horrible** [3] - 6:2,

10:16, 21:14
**hours** [2] - 33:22,
38:10
**housing** [2] - 24:10,
34:22
**human** [1] - 23:25
**humans** [1] - 18:6
**humble** [1] - 9:5
**hundreds** [1] - 21:23
**hurt** [1] - 3:21
**husband** [1] - 4:17

### I

**i.e** [1] - 16:24
**ideal** [1] - 31:4
**ideas** [1] - 22:9
**ideation** [1] - 10:1
**identified** [1] - 12:23
**identity** [1] - 20:17
**III** [1] - 40:3
**ill** [4] - 18:2, 21:23,
22:5, 24:7
**illness** [2] - 17:2,
33:18
**image** [1] - 5:19
**immediately** [1] - 39:3
**impaired** [2] - 16:23,
32:9
**impairment** [1] - 26:23
**important** [2] - 12:13,
24:7
**importantly** [3] - 13:6,
24:5, 36:22
**impose** [4] - 6:5,
25:11, 27:2, 28:19
**imposed** [12] - 3:4,
25:16, 25:23, 27:5,
27:18, 28:2, 31:25,
37:24, 39:5, 39:10,
39:14, 39:17
**imposition** [1] - 26:3
**imprisonment** [2] -
26:10, 38:7
**inaudible** [1] - 37:13
**incapacitates** [1] -
25:3
**incident** [2] - 7:22,
10:16
**include** [3] - 22:4,
24:19, 38:15
**including** [1] - 23:23
**indicates** [2] - 9:7, 9:9
**individual** [4] - 18:2,
22:16, 23:15, 32:17
**individuals** [1] - 20:4
**information** [1] - 37:4
**initial** [1] - 30:19
**injury** [2] - 26:21,
26:22

**inserted** [1] - 6:17
**insight** [2] - 16:23,
32:9
**instances** [1] - 22:18
**instead** [2] - 20:16,
34:16
**institutions** [1] - 33:1
**instructions** [5] -
19:7, 20:1, 20:4,
20:6, 29:7
**intend** [2] - 4:21, 24:3
**intended** [1] - 26:4
**intent** [2] - 17:20,
19:25
**interaction** [5] - 8:9,
8:12, 10:4, 18:5,
18:6
**interested** [2] - 14:12,
23:7
**internet** [12] - 4:14,
4:15, 10:5, 17:16,
17:17, 17:19, 18:4,
18:8, 21:20, 22:9,
23:20, 37:4
**interpreted** [1] - 22:2
**interviewed** [1] -
12:10
**investigation** [1] -
2:15
**invite** [10] - 6:15, 6:22,
7:8, 7:20, 7:24, 9:15,
10:20, 11:4, 11:23,
16:20
**involved** [2] - 26:4,
26:20
**irrespective** [1] -
17:20
**Isis** [4] - 20:2, 20:7,
20:15, 21:7
**Isis'** [1] - 20:4
**ISMAIL** [1] - 1:7
**Ismail** [36] - 2:3, 2:10,
2:24, 3:3, 3:6, 6:6,
6:13, 6:19, 8:1, 8:17,
8:20, 8:22, 9:7, 9:8,
9:9, 9:25, 10:3,
10:10, 11:22, 12:10,
12:18, 12:19, 12:22,
13:3, 15:5, 15:6,
15:18, 16:16, 17:4,
17:11, 17:18, 18:1,
32:11, 38:5, 39:9,
39:12
**Ismail's** [11] - 6:10,
7:9, 8:3, 9:11, 10:19,
11:5, 11:8, 12:1,
12:4, 13:13, 14:18
**isolation** [1] - 18:3
**issue** [3] - 7:6, 21:13,
27:3

**issues** [8] - 6:25, 7:2, 7:15, 8:2, 8:3, 8:20, 10:24, 18:3

## J

**jail** [9] - 3:22, 4:2, 4:18, 17:9, 20:20, 25:8, 33:21, 33:22, 36:3
**job** [2] - 34:22, 37:8
**judge** [5] - 23:3, 23:10, 30:10, 30:15, 37:14
**JUDGE** [1] - 1:12
**Judge** [17] - 3:7, 11:17, 14:16, 14:18, 14:25, 17:16, 18:25, 19:3, 20:10, 22:21, 23:12, 26:20, 28:5, 28:6, 28:20, 34:19
**judges** [2] - 23:2, 29:18
**judgment** [3] - 16:23, 32:9, 38:4
**July** [1] - 1:6
**justice** [1] - 24:14
**justified** [1] - 31:15

## K

**Kane** [4] - 23:10, 28:5, 28:6, 37:14
**Karen** [1] - 2:6
**KAREN** [1] - 1:14
**keep** [1] - 27:12
**key** [1] - 17:24
**kill** [1] - 20:6
**kilter** [1] - 36:19
**Kim** [1] - 2:7
**kind** [9] - 6:24, 30:16, 30:17, 31:7, 31:12, 31:13, 31:17, 31:24, 34:16
**knife** [1] - 33:16
**knowing** [2] - 30:13, 30:14
**known** [1] - 9:7
**knows** [5] - 22:25, 24:5, 34:6, 34:7

## L

**lack** [3] - 12:18, 14:9, 21:4
**laid** [1] - 19:5
**language** [1] - 28:20
**last** [3] - 16:3, 17:2, 18:24
**LAUDERDALE** [1] -

1:2
**law** [2] - 12:21, 27:15
**lay** [1] - 12:15
**leading** [1] - 12:5
**learn** [2] - 4:18, 25:7
**learning** [1] - 7:15
**least** [6] - 27:7, 27:12, 28:23, 30:9, 36:9, 37:2
**leave** [2] - 4:2, 16:3
**led** [1] - 14:6
**left** [1] - 26:11
**legally** [1] - 14:2
**leniency** [1] - 24:16
**less** [1] - 24:25
**letter** [6] - 6:10, 13:4, 13:6, 13:7, 14:18, 24:3
**letters** [5] - 6:11, 8:14, 8:25, 9:1, 9:6
**level** [13] - 2:18, 19:6, 19:9, 19:11, 19:13, 19:14, 24:25, 25:22, 26:13, 28:17, 29:6, 29:7, 29:8
**Level** [1] - 40:3
**Liberty** [1] - 22:19
**life** [17] - 3:1, 3:23, 4:5, 8:5, 8:19, 10:10, 10:11, 10:21, 24:21, 25:18, 25:22, 26:10, 26:18, 27:9, 27:18, 28:2, 34:21
**lifetime** [1] - 18:3
**light** [2] - 17:4, 22:2
**likely** [3] - 12:4, 16:2, 32:12
**limiting** [1] - 29:12
**limits** [1] - 29:15
**line** [1] - 31:13
**link** [1] - 11:9
**listening** [1] - 35:6
**lists** [1] - 16:9
**local** [2] - 22:22, 24:25
**locked** [3] - 17:24, 22:17, 33:25
**locking** [1] - 24:17
**loner** [1] - 10:4
**look** [4] - 7:5, 16:20, 19:22, 27:23
**looked** [2] - 23:1, 31:20
**looking** [4] - 27:9, 27:22, 28:11, 28:16
**love** [7] - 3:21, 4:10, 13:9, 15:14, 24:11, 34:24, 35:2

## M

**maintain** [1] - 32:24
**mammoth** [1] - 21:17
**man** [4] - 4:16, 9:3, 10:6, 25:1
**mandate** [1] - 23:16
**mandated** [1] - 16:10
**mandatory** [2] - 25:22, 38:14
**Mandhai** [1] - 22:21
**manifested** [1] - 8:20
**manner** [1] - 39:7
**mark** [1] - 22:3
**mass** [2] - 19:8, 25:18
**Massachusetts** [2] - 23:3, 37:13
**material** [4] - 13:21, 17:15, 20:10, 29:5
**materials** [1] - 17:17
**matter** [2] - 25:6, 40:14
**Matthew** [1] - 2:7
**mature** [1] - 22:3
**max** [3] - 19:15, 19:20, 27:14
**maximum** [14] - 2:25, 19:1, 19:2, 19:4, 21:9, 22:18, 25:18, 26:18, 27:8, 27:13, 27:17, 27:25, 29:1, 35:16
**McGreevy** [1] - 2:7
**mean** [2] - 35:2, 37:10
**meaningful** [1] - 14:15
**means** [2] - 4:7, 36:19
**meantime** [2] - 36:9, 36:25
**medical** [9] - 4:3, 23:25, 25:4, 26:25, 27:3, 32:25, 33:14, 34:22
**medication** [4] - 4:1, 14:22, 15:19, 16:17, 17:5, 17:13, 33:20, 33:23, 34:9, 35:24, 36:4, 36:7, 36:11, 36:13, 36:20
**medications** [1] - 32:19
**Medina** [7] - 20:9, 20:11, 20:13, 25:13, 26:15, 27:3, 27:16
**Medina's** [1] - 26:22
**meek** [1] - 10:7
**meet** [1] - 23:11
**members** [3] - 6:24, 9:1, 15:3
**memo** [1] - 13:16
**memoranda** [1] -

33:15
**mental** [17] - 9:12, 9:13, 9:21, 12:19, 12:20, 12:22, 15:17, 16:7, 16:11, 17:1, 17:10, 24:9, 24:25, 32:15, 33:16, 33:18, 38:22
**mentally** [5] - 18:2, 21:23, 22:5, 24:7, 24:23
**mention** [1] - 9:18
**mentioned** [1] - 20:8
**merciful** [3] - 6:5, 18:10, 25:1
**mercy** [4] - 22:5, 22:11, 24:16, 35:5
**message** [1] - 25:3
**Meyer** [1] - 1:17
**Miami** [8] - 1:5, 1:16, 1:19, 1:21, 1:24, 1:25, 40:18, 40:18
**MICHAEL** [1] - 1:12
**middle** [1] - 12:12
**might** [4] - 4:11, 22:5, 30:9, 30:10
**mind** [1] - 27:12
**minded** [1] - 22:6
**mine** [1] - 5:13
**minimize** [1] - 31:2
**mirrors** [1] - 7:12
**Mirza** [1] - 9:6
**Mirza's** [1] - 9:8
**mispronounce** [1] - 13:17
**mispronunciation** [1] - 16:24
**missing** [1] - 10:14
**modalities** [3] - 16:9, 16:10, 32:17
**Mohammed** [1] - 13:17
**moment** [2] - 10:23, 28:4
**monitor** [1] - 5:22
**monitors** [2] - 5:7, 5:9
**months** [9] - 2:20, 3:2, 22:24, 26:14, 27:9, 28:10, 29:15, 38:6
**MOORE** [1] - 1:12
**moot** [2] - 19:16, 19:19
**most** [7] - 9:20, 10:10, 12:25, 22:17, 22:19, 23:13, 24:7
**mother** [2] - 3:17, 15:2
**mother's** [1] - 7:9
**moved** [2] - 10:25, 19:3
**MR** [42] - 2:9, 2:12,

2:16, 2:23, 3:5, 3:7, 3:10, 4:21, 4:25, 5:4, 5:10, 5:12, 5:16, 5:21, 5:25, 11:8, 15:24, 18:17, 21:10, 21:12, 27:15, 28:1, 28:24, 33:5, 33:7, 33:9, 33:13, 35:11, 35:19, 35:25, 36:14, 36:21, 37:5, 37:12, 37:14, 39:8, 39:15, 39:18, 39:20, 39:25, 40:5, 40:7
**MS** [18] - 2:5, 2:17, 2:22, 2:25, 18:23, 25:15, 25:17, 26:1, 26:4, 26:8, 26:12, 26:19, 27:6, 27:10, 29:2, 29:4, 35:18, 37:19
**must** [1] - 24:19

## N

**name** [1] - 20:19
**nation** [2] - 21:24, 22:4
**national** [1] - 24:23
**nationwide** [1] - 28:12
**nature** [2] - 20:25, 30:12
**need** [6] - 3:25, 5:10, 18:6, 31:22, 33:25, 36:4
**needed** [1] - 8:24
**needs** [4] - 11:6, 14:22, 17:12, 33:23
**negotiations** [1] - 35:8
**NEIL** [1] - 1:20
**Neil** [1] - 2:12
**nephews** [1] - 9:8
**nervous** [2] - 10:11, 12:18
**never** [5] - 8:6, 11:2, 21:2, 28:21, 29:25
**nevertheless** [1] - 27:4
**night** [2] - 8:10, 8:11
**nine** [4] - 12:9, 12:14, 12:21, 15:1
**ninth** [2] - 7:2, 7:14
**NO** [1] - 1:2
**nobody** [3] - 6:14, 10:17, 34:20
**nobody's** [1] - 34:23
**normal** [1] - 36:18
**normally** [4] - 11:11, 15:10, 15:16, 17:6
**North** [3] - 1:24, 40:4, 40:18

**Northeast** [2] - 1:15, 1:20
**notably** [1] - 12:3
**note** [2] - 2:4, 12:14
**noted** [2] - 12:17, 39:1
**nothing** [2] - 6:3, 20:18
**notion** [2] - 13:12, 30:10
**Number** [1] - 13:18
**number** [11] - 7:5, 7:6, 7:20, 7:24, 11:13, 11:24, 12:24, 16:5, 16:8, 24:22, 32:16
**numbered** [6] - 7:24, 10:20, 11:4, 11:12, 11:24, 15:25
**numbers** [1] - 6:17
**NUNEZ** [25] - 1:17, 2:9, 2:16, 2:23, 3:5, 3:7, 3:10, 4:21, 4:25, 5:4, 5:12, 5:16, 5:21, 5:25, 11:8, 15:24, 18:17, 33:5, 36:21, 37:5, 37:12, 39:8, 39:15, 39:18, 40:7
**Nunez** [3] - 1:17, 2:10, 33:21

## O

**O'Toole** [4] - 23:3, 23:12, 28:20
**object** [1] - 39:6
**objections** [1] - 2:14
**obligation** [2] - 20:5, 20:6
**observations** [1] - 7:10
**observed** [1] - 12:18
**obsessed** [3] - 3:20, 8:11, 23:20
**obsession** [1] - 23:23
**obsessive** [1] - 34:8
**obviously** [2] - 31:21, 31:22
**occurred** [1] - 14:11
**OF** [2] - 1:1, 1:4
**offense** [17] - 2:18, 19:6, 19:9, 19:13, 19:23, 20:10, 20:22, 26:5, 28:14, 28:17, 29:6, 29:7, 29:8, 30:11, 38:24
**offense-related** [1] - 38:24
**offenses** [2] - 29:20
**office** [2] - 6:17, 38:12
**Office** [1] - 1:15
**Official** [1] - 1:23

**often** [6] - 9:8, 9:10, 10:14, 16:22, 32:8, 34:3
**old** [2] - 9:25, 10:2
**one** [20] - 3:1, 5:2, 5:10, 6:12, 7:3, 7:4, 7:21, 9:6, 13:15, 16:16, 20:8, 23:9, 23:12, 28:3, 29:5, 29:14, 31:1, 31:9, 31:12, 32:5
**online** [1] - 20:17
**open** [3] - 9:18, 11:14, 37:17
**opening** [1] - 30:20
**operation** [1] - 27:15
**opine** [2] - 12:4, 16:12
**opined** [1] - 15:18
**opinions** [1] - 15:20
**opportunity** [3] - 3:14, 4:18, 20:14
**optimal** [1] - 30:23
**oral** [1] - 19:17
**order** [3] - 2:1, 17:5, 28:5
**ordered** [1] - 39:2
**organization** [1] - 13:22
**originally** [1] - 17:22
**otherwise** [3] - 26:7, 27:9, 30:8
**Ouaou** [5] - 6:9, 9:17, 11:20, 12:3, 15:18
**Ouaou's** [7] - 6:25, 7:9, 7:13, 10:3, 11:12, 15:24, 16:18
**overcome** [1] - 31:8
**overly** [1] - 23:15
**overstate** [1] - 30:1, 30:11
**own** [5] - 3:4, 8:5, 31:2, 31:23, 32:6

## P

**P.A** [1] - 1:17
**p.m** [4] - 1:8, 1:8, 40:9
**page** [4] - 7:21, 11:21, 12:13, 16:21
**pages** [1] - 13:18
**Pages** [1] - 1:9
**paragraph** [8] - 6:16, 6:19, 6:22, 6:23, 9:16, 9:23, 10:24, 25:14
**paren** [1] - 16:7
**parents** [4] - 8:15, 8:18, 10:24, 24:11
**parents'** [2] - 6:11, 8:14

**part** [5] - 4:9, 13:12, 32:20, 39:1, 40:1
**participate** [1] - 8:9
**particular** [7] - 7:3, 7:21, 9:18, 11:25, 14:17, 27:22, 30:10
**particularly** [1] - 6:15
**parties** [2] - 37:21, 39:21
**parts** [1] - 22:1
**past** [1] - 14:9
**pathology** [2] - 16:23, 32:10
**patients** [3] - 16:22, 32:7, 32:8
**pay** [2] - 38:3, 39:3
**peace** [1] - 15:14
**peaceful** [1] - 9:4
**pedophile** [2] - 36:2, 36:5
**peers** [1] - 8:12
**penalty** [2] - 23:6, 29:1
**people** [13] - 3:21, 4:3, 4:11, 8:7, 15:1, 17:21, 20:6, 20:16, 25:7, 30:9, 31:6, 34:19, 36:18
**per** [1] - 12:15
**perceived** [1] - 23:14
**percent** [5] - 27:17, 27:24, 28:1, 28:7, 28:10
**period** [1] - 22:17
**permissible** [1] - 38:23
**person** [7] - 4:2, 12:15, 20:16, 22:6, 35:11, 35:12, 38:11
**personal** [1] - 36:16
**perspective** [1] - 27:16
**physical** [2] - 26:22, 27:3
**picks** [1] - 5:19
**placed** [1] - 38:8
**placement** [1] - 39:22
**Plaintiff** [1] - 1:5
**platform** [1] - 5:1
**play** [1] - 9:8
**played** [2] - 12:4, 32:13
**plea** [4] - 21:17, 29:14, 35:8, 39:12
**plead** [1] - 29:14
**pleading** [4] - 19:5, 19:16, 20:9, 29:12
**podium** [1] - 5:1
**point** [5] - 18:24, 28:17, 29:9, 31:3, 31:10

**pointing** [1] - 25:20
**points** [4] - 23:5, 29:5, 30:19, 33:2
**position** [3] - 19:23, 21:8, 26:6
**possessing** [2] - 38:17, 38:18
**possibly** [1] - 12:19
**post** [5] - 20:3, 20:22, 24:9, 24:10
**post-arrest** [1] - 20:22
**post-release** [2] - 24:9, 24:10
**posted** [8] - 17:15, 17:18, 17:21, 17:22, 20:4, 21:20, 21:22, 23:21
**posting** [3] - 19:6, 23:23, 29:6
**postings** [1] - 21:21
**potential** [1] - 32:21
**power** [1] - 22:22
**POWERS** [2] - 1:23, 40:17
**Powers** [1] - 40:16
**practical** [2] - 16:15, 25:6
**practiced** [1] - 22:13
**pre** [1] - 2:14
**pre-sentence** [1] - 2:14
**precautions** [1] - 20:20
**presentation** [1] - 32:6
**presented** [1] - 18:11
**presentence** [2] - 37:21, 39:1
**pretty** [1] - 21:1
**prevents** [1] - 23:6
**principles** [1] - 13:24
**prison** [13] - 6:8, 7:12, 11:16, 11:19, 11:23, 11:25, 12:3, 32:14, 34:3, 34:5, 34:10, 34:12, 38:6
**prisons** [1] - 25:7
**Prisons** [4] - 24:4, 33:1, 38:5, 38:11
**privacy** [6] - 7:7, 7:23, 9:19, 10:19, 11:14, 16:4
**private** [1] - 11:20
**probation** [2] - 2:18, 38:12
**problem** [1] - 12:23
**problems** [5] - 4:7, 7:10, 12:19, 34:4, 34:17
**procedures** [1] - 6:12

**proceed** [1] - 5:23
**proceedings** [2] - 40:9, 40:13
**productive** [1] - 24:18
**professionals** [1] - 9:13
**progress** [1] - 22:3
**prohibited** [1] - 38:16
**promote** [1] - 26:5
**pronounced** [1] - 39:7
**propaganda** [3] - 20:4, 23:21, 23:24
**propagating** [1] - 37:3
**proper** [1] - 5:7
**prosecutions** [1] - 12:25
**prosecutor** [1] - 35:9
**protected** [1] - 37:1
**provide** [4] - 8:22, 12:7, 13:21, 37:25
**provided** [2] - 32:25, 40:3
**provides** [1] - 12:1
**provision** [1] - 39:12
**provisional** [1] - 26:24
**PSI** [7] - 6:2, 6:7, 6:15, 7:1, 7:13, 9:16, 13:8
**psychiatric** [1] - 32:18
**psychiatrist** [1] - 36:2
**psychological** [2] - 6:8, 8:17, 9:24
**psychologist** [10] - 11:16, 11:20, 11:21, 11:25, 12:3, 12:16, 15:18, 31:23, 32:7, 32:15
**psychologist's** [2] - 7:12, 11:23
**psychologists** [1] - 6:8
**psychotherapy** [1] - 32:18
**psychotic** [2] - 32:8, 32:11
**public** [1] - 23:17
**punched** [1] - 10:17
**punish** [1] - 24:21
**punishes** [1] - 25:5
**punishment** [6] - 6:20, 7:22, 8:16, 25:11, 35:5, 37:25
**purpose** [1] - 10:14
**purposes** [1] - 16:15
**pursuant** [1] - 4:22
**put** [5] - 5:18, 6:23, 7:21, 12:12, 36:6

## Q

**quick** [1] - 29:4

**quickly** [3] - 21:15, 21:16
**quote** [5] - 12:17, 14:10, 16:1, 16:19, 16:21
**quoting** [1] - 32:7

## R

**racial** [1] - 10:9
**radicalizing** [1] - 20:16
**raised** [2] - 5:1, 33:3
**range** [3] - 2:20, 19:13, 28:10
**rational** [2] - 32:12, 32:22
**re** [7] - 6:1, 17:18, 17:21, 21:20, 21:22, 23:21, 23:23
**re-posted** [5] - 17:18, 17:21, 21:20, 21:22, 23:21
**re-posting** [1] - 23:23
**re-read** [1] - 6:1
**reached** [1] - 39:25
**read** [8] - 6:1, 6:7, 6:10, 8:14, 8:25, 23:8, 24:2, 30:21
**real** [3] - 3:23, 18:7, 24:4
**reality** [1] - 31:5
**realize** [1] - 29:13
**really** [8] - 19:16, 19:18, 31:19, 33:23, 34:17, 34:21, 35:3, 37:5
**reason** [2] - 31:1, 35:21
**reasons** [4] - 6:21, 10:9, 18:11, 23:17
**receive** [2] - 14:22, 17:14
**received** [2] - 28:8, 29:11
**recent** [2] - 23:13, 24:6
**recess** [1] - 18:18
**recidivism** [2] - 24:7, 24:8
**recognized** [1] - 8:22
**recommendation** [2] - 39:21, 40:2
**recommendations** [1] - 32:14
**red** [1] - 7:6
**reduce** [1] - 24:8
**refer** [2] - 12:14, 13:7
**reference** [5] - 6:17, 11:24, 12:12, 16:1,

32:6
**referenced** [2] - 7:6, 25:13
**referred** [1] - 29:5
**referring** [1] - 25:21
**reflect** [1] - 23:18
**reflected** [1] - 24:15
**refused** [1] - 13:1
**regard** [2] - 8:3, 15:17
**regarding** [2] - 16:23, 32:9
**regret** [4] - 4:13, 4:15, 13:9, 14:23
**rejection** [1] - 29:25
**related** [2] - 20:18, 38:24
**relationship** [1] - 34:13
**release** [9] - 22:23, 24:9, 24:10, 38:7, 38:8, 38:10, 38:13, 38:15
**released** [1] - 38:12
**religion** [3] - 4:8, 4:12, 15:13
**remedying** [1] - 30:5
**remorse** [6] - 13:1, 14:9, 14:17, 14:19, 15:7, 18:19
**remorseful** [4] - 3:14, 14:5, 22:8, 32:23
**removed** [1] - 17:16
**renounce** [2] - 21:2, 22:8
**renounced** [3] - 14:6, 15:12, 15:13
**renunciation** [2] - 13:14, 14:15
**repair** [1] - 24:21
**repeat** [1] - 35:7
**repeated** [1] - 7:14
**repented** [1] - 22:7
**report** [21] - 6:2, 6:7, 7:1, 7:9, 7:12, 7:13, 7:25, 10:3, 11:12, 11:24, 12:7, 12:9, 15:25, 16:5, 16:18, 31:23, 37:21, 38:11, 39:1
**REPORTED** [1] - 1:23
**reported** [1] - 21:3
**Reporter** [1] - 1:23
**reports** [3] - 15:21, 31:21, 31:22
**representation** [1] - 19:18
**repudiated** [1] - 15:6
**repudiates** [1] - 23:4
**repugnant** [1] - 21:21
**require** [5] - 4:1, 4:22,

26:2
**requires** [1] - 17:5
**research** [1] - 20:23
**residences** [2] - 10:25, 11:2
**resist** [2] - 16:25, 32:10
**resolved** [1] - 11:2
**respect** [7] - 6:25, 9:19, 11:21, 16:5, 29:17, 29:18, 30:14
**respectful** [1] - 9:4
**respectfully** [2] - 27:20, 28:4
**respond** [3] - 33:2, 35:7, 35:9
**responsibility** [6] - 6:11, 8:4, 13:3, 13:5, 13:14, 14:2
**restitution** [1] - 38:25
**restriction** [3] - 38:22, 38:24
**result** [3] - 26:17, 26:18
**review** [7] - 6:23, 7:8, 7:24, 9:15, 10:20, 11:4, 11:23
**reviewed** [1] - 21:15
**reviewing** [2] - 21:17, 28:5
**risk** [6] - 34:1, 34:2, 36:9, 36:10, 36:23, 37:11
**Robin** [1] - 5:12
**role** [2] - 12:5, 32:13
**Room** [1] - 1:24
**rooms** [1] - 23:22
**RPR** [2] - 1:23, 40:17

## S

**sad** [1] - 17:8
**safe** [2] - 36:23, 37:6
**scared** [1] - 23:17
**Scheduled** [1] - 1:8
**Schempp** [1] - 2:7
**schizophrenia** [1] - 36:12
**schizophrenic** [2] - 33:19, 36:17
**school** [7] - 7:16, 7:17, 8:1, 8:8, 10:6, 10:15, 10:18
**SCHUSTER** [19] - 1:20, 2:12, 5:10, 21:10, 21:12, 27:15, 28:1, 28:24, 33:7, 33:9, 33:13, 35:11, 35:19, 35:25, 36:14, 37:14, 39:20, 39:25,

40:5
**Schuster** [2] - 2:12, 29:5
**Scola** [2] - 20:10, 26:20
**screens** [1] - 5:8
**se** [1] - 12:15
**search** [1] - 38:23
**seated** [1] - 2:6
**second** [1] - 33:5
**section** [1] - 23:8
**Section** [3] - 4:22, 23:16, 37:23
**see** [7] - 5:18, 11:6, 16:20, 18:18, 24:24, 29:7, 35:14
**seek** [1] - 8:19
**seeking** [1] - 18:10
**seeks** [1] - 25:1
**sees** [1] - 11:15
**self** [2] - 21:3, 21:5
**self-reported** [1] - 21:3
**self-supported** [1] - 21:5
**sends** [1] - 25:2
**sense** [2] - 21:1, 22:5
**sensitive** [1] - 33:13
**sent** [2] - 26:25, 27:1
**sentence** [32] - 2:14, 3:4, 6:5, 18:11, 18:25, 19:4, 19:21, 21:9, 22:20, 22:23, 25:2, 25:16, 26:18, 26:24, 27:2, 27:4, 27:13, 27:14, 27:18, 27:24, 28:2, 31:24, 32:21, 34:16, 37:24, 39:5, 39:7, 39:10, 39:13, 39:17
**sentenced** [1] - 22:22
**sentencing** [7] - 6:12, 13:16, 14:4, 23:1, 23:4, 26:21, 33:15
**SENTENCING** [1] - 1:11
**Sentencing** [2] - 30:4, 30:7
**September** [2] - 10:12
**serious** [11] - 8:15, 9:12, 17:12, 19:24, 22:20, 24:25, 25:2, 29:8, 34:11, 34:17, 35:2
**seriously** [3] - 3:24, 25:4, 34:19
**seriousness** [3] - 19:22, 30:1, 30:11
**services** [1] - 9:24
**set** [2] - 21:17, 37:22

**seven** [3] - 7:24, 25:2, 25:4
**Seven** [1] - 22:19
**seven-and-a-half** [2] - 25:2, 25:4
**several** [1] - 15:3
**severe** [3] - 6:20, 8:16, 23:15
**shall** [5] - 38:7, 38:11, 38:13, 38:20, 39:2
**shame** [1] - 14:23
**shelter** [1] - 12:11
**shoes** [1] - 37:10
**shot** [1] - 35:22
**show** [3] - 9:24, 13:20, 14:9
**showed** [1] - 7:10
**showing** [1] - 14:17
**shown** [1] - 16:14
**shows** [9] - 7:14, 9:16, 10:3, 10:9, 10:24, 11:5, 11:8, 11:12, 12:10
**shunned** [1] - 8:12
**shut** [1] - 33:22
**shy** [1] - 10:7
**sick** [1] - 23:20
**sickness** [1] - 34:8
**Sidebar** [1] - 37:17
**sidebar** [1] - 33:11
**significance** [1] - 17:9
**significant** [3] - 12:8, 26:21, 26:23
**similar** [4] - 22:6, 27:21, 29:21
**simply** [1] - 8:19
**sit** [3] - 3:11, 18:15, 29:24
**sitting** [2] - 15:1, 32:23
**skinny** [1] - 10:7
**skipping** [1] - 10:13
**slamming** [1] - 17:8
**slams** [1] - 33:22
**sleep** [1] - 8:10
**slippery** [1] - 30:16
**slope** [1] - 30:17
**social** [5] - 8:6, 8:8, 8:11, 10:4, 18:5
**society** [4] - 15:10, 22:3, 24:14, 32:4
**society's** [1] - 34:1
**soft** [1] - 9:4
**soft-spoken** [1] - 9:4
**solve** [1] - 4:7
**someone** [4] - 8:16, 19:7, 20:24, 22:15
**somewhat** [1] - 29:21
**sorry** [3] - 3:18, 11:6,

29:4
**sort** [1] - 12:22
**sought** [2] - 8:1, 10:4
**soul** [1] - 4:6
**SOUTHERN** [1] - 1:1
**speaks** [1] - 22:25
**special** [3] - 38:21, 38:25, 39:3
**specific** [2] - 13:25, 30:15
**spending** [1] - 4:13
**spends** [1] - 33:22
**spent** [1] - 34:2
**splits** [1] - 34:15
**spoken** [1] - 9:4
**sponsored** [1] - 28:9
**stable** [2] - 33:19, 33:20
**stand** [1] - 22:10
**standard** [1] - 38:14
**standards** [1] - 22:2
**standpoint** [1] - 27:8
**star** [1] - 16:20
**start** [2] - 18:24, 28:23
**state** [1] - 11:14
**statement** [5] - 3:7, 3:14, 13:7, 20:22, 37:20
**STATES** [3] - 1:1, 1:4, 1:12
**states** [1] - 17:15
**States** [10] - 1:15, 1:24, 2:2, 2:6, 13:10, 20:9, 22:21, 37:23, 39:3, 40:17
**stations** [1] - 22:23
**statutory** [16] - 2:25, 19:1, 19:2, 19:4, 19:15, 19:20, 21:9, 22:18, 23:16, 25:18, 27:8, 27:12, 27:14, 27:25, 29:1, 37:22
**stay** [1] - 5:4
**STENOGRAPHICAL LY** [1] - 1:22
**steps** [1] - 20:18
**still** [5] - 19:20, 21:22, 24:21, 26:14, 27:24
**stipulation** [2] - 39:25, 40:3
**Street** [3] - 1:15, 1:18, 1:20
**streets** [2] - 34:23, 35:1
**strong** [1] - 22:25
**struggle** [1] - 12:1
**study** [3] - 4:18, 24:6
**subject** [3] - 35:16, 39:11, 39:12
**suboptimal** [3] -

30:25, 31:7, 31:14
**substance** [1] - 38:18
**succeed** [1] - 21:7
**suffer** [3] - 12:22, 17:2, 36:22
**suffered** [3] - 6:6, 6:13, 8:17
**suffering** [1] - 11:18
**suffers** [6] - 9:17, 11:9, 16:7, 16:13, 32:11, 32:15
**sufficient** [2] - 25:3, 37:25
**suggesting** [2] - 30:8, 31:16
**suicidal** [1] - 9:25
**Suite** [2] - 1:18, 1:21
**sun** [1] - 18:9
**supervised** [2] - 38:8, 38:13, 38:14
**support** [9] - 6:11, 8:23, 8:25, 13:22, 19:2, 20:7, 20:11, 24:5, 29:6
**supported** [2] - 21:5, 26:7
**supporting** [3] - 20:15, 28:8, 28:13
**Supreme** [2] - 22:1, 24:22
**susceptible** [1] - 15:9
**symptoms** [6] - 9:21, 10:21, 10:22, 11:1, 11:3, 17:6
**synagogue** [1] - 27:19
**system** [2] - 5:14, 24:14

**T**

**tables** [1] - 5:8
**Tahir** [2] - 2:3, 38:5
**TAHIR** [1] - 1:7
**talks** [1] - 22:12
**targeted** [1] - 23:22
**Tayyab** [2] - 2:3, 24:11, 38:4
**TAYYAB** [1] - 1:7
**tayyab** [1] - 2:10
**temper** [1] - 35:5
**ten** [1] - 15:1
**term** [4] - 25:4, 27:8, 37:25, 38:8
**terms** [2] - 15:6, 27:22
**terrible** [2] - 3:20, 22:9
**terrorism** [18] - 19:10, 19:17, 22:16, 23:4, 23:13, 23:14, 25:23, 25:25, 26:3, 26:5, 26:17, 28:5, 28:8,

28:13, 28:14, 28:16, 28:19, 28:21
**terrorist** [6] - 9:2, 13:22, 18:1, 19:2, 23:19, 31:11
**terrorists** [3] - 17:24, 22:23, 23:18
**terrorists'** [1] - 12:24
**THE** [61] - 1:12, 1:14, 1:17, 2:2, 2:8, 2:14, 2:18, 2:24, 3:3, 3:6, 3:9, 3:11, 3:13, 4:20, 4:24, 5:2, 5:6, 5:24, 11:7, 15:23, 18:13, 18:21, 21:11, 25:12, 25:16, 25:19, 25:25, 26:2, 26:6, 26:9, 26:15, 27:4, 27:7, 27:11, 27:22, 28:22, 28:25, 29:3, 29:17, 33:6, 33:8, 33:10, 33:12, 35:6, 35:14, 35:21, 36:1, 36:16, 36:24, 37:7, 37:13, 37:16, 37:18, 37:20, 39:9, 39:16, 39:19, 39:24, 40:2, 40:6, 40:8
**themselves** [1] - 36:18
**therefore** [1] - 30:17
**thereof** [1] - 21:4
**thoughts** [1] - 23:23
**threaten** [1] - 31:11
**three** [4] - 11:1, 24:7, 24:12, 38:8
**throughout** [2] - 7:11, 7:15
**thrown** [1] - 17:25
**Thursday** [1] - 1:7
**Title** [1] - 37:22
**today** [7] - 6:1, 6:4, 14:25, 18:10, 31:15, 31:19, 32:23
**together** [1] - 7:16
**Toledo** [2] - 5:18, 7:18
**took** [4] - 17:8, 20:18, 26:10, 34:2
**track** [1] - 4:5
**trained** [1] - 12:16
**transcription** [1] - 40:13
**treat** [6] - 4:4, 17:5, 22:15, 24:15, 24:17, 34:4
**treatable** [1] - 16:2
**treated** [3] - 15:9, 24:3, 27:1
**treating** [2] - 22:4, 34:12
**treatment** [26] - 11:11,

14:22, 15:9, 15:15, 15:19, 16:8, 16:10, 16:12, 16:25, 17:5, 17:13, 17:14, 21:4, 24:9, 24:19, 25:4, 31:22, 32:10, 32:14, 32:16, 32:18, 32:25, 34:23, 35:4, 37:1, 38:22
**trial** [2] - 12:25, 22:20
**tried** [1] - 10:1
**true** [1] - 36:24
**truly** [2] - 17:8, 17:9
**trying** [2] - 31:1, 33:13
**turn** [2] - 5:13, 7:18
**turned** [2] - 18:4, 18:7
**twenty** [1] - 24:18
**two** [6] - 7:5, 7:6, 16:3, 16:9, 28:17, 29:4
**two-point** [1] - 28:17
**type** [5] - 10:4, 12:19, 14:6, 32:20, 32:25
**types** [1] - 16:22

**U**

**unable** [1] - 18:6
**uncertain** [1] - 15:6
**uncle** [1] - 15:2
**under** [2] - 18:9, 28:8
**underlying** [1] - 30:12
**underweight** [1] - 10:7
**unequivocally** [1] - 13:3
**unfortunate** [2] - 30:23, 31:17
**unfortunately** [1] - 18:8
**Ungaro** [2] - 14:16, 18:25, 19:3
**UNITED** [3] - 1:1, 1:4, 1:12
**united** [1] - 1:24
**United** [9] - 1:15, 2:2, 2:6, 13:10, 20:9, 22:21, 37:23, 39:3, 40:17
**unlawfully** [1] - 38:17
**unless** [1] - 14:15
**unlike** [2] - 14:16
**unpaid** [1] - 38:25
**unsympathetic** [1] - 30:20
**untreated** [1] - 9:12
**up** [16] - 5:8, 5:17, 5:19, 17:24, 19:3, 22:17, 22:22, 24:3, 24:17, 30:4, 30:25, 31:4, 31:6, 33:25, 36:3, 36:6

**upbringing** [2] - 31:2, 31:18
**USA** [1] - 13:16

**V**

**variance** [6] - 13:23, 14:15, 27:17, 27:20, 27:21, 28:1
**variances** [1] - 28:8
**versus** [3] - 2:2, 13:17, 20:9
**VI** [4] - 2:19, 19:12, 23:5, 25:22
**videos** [1] - 21:20
**view** [1] - 10:23
**violence** [11] - 4:7, 4:9, 13:11, 13:12, 13:14, 15:7, 15:12, 15:13, 19:8, 22:9
**violent** [5] - 20:2, 21:20, 21:21, 23:24, 31:12
**voice** [1] - 23:1
**vs** [1] - 1:6

**W**

**walk** [1] - 20:15
**wants** [4] - 10:17, 17:13, 32:2, 34:17
**warm** [1] - 5:17
**warranted** [1] - 13:23
**watched** [1] - 21:19
**ways** [2] - 33:16, 33:17
**weapon** [2] - 19:8, 25:17, 28:18
**well-minded** [1] - 22:6
**West** [1] - 1:18
**whatsoever** [2] - 10:6, 14:5
**whole** [1] - 23:8
**wife** [3] - 3:17, 3:19, 14:24
**wonder** [1] - 16:16
**words** [1] - 16:3
**world** [2] - 18:7, 30:25
**worse** [1] - 6:24
**worst** [5] - 4:13, 18:8, 18:9, 21:6
**wrote** [1] - 33:15

**Y**

**year** [3] - 11:1, 25:2, 37:9
**years** [26] - 3:2, 7:16, 9:25, 10:2, 12:9, 12:14, 12:21, 18:18,

18:25, 19:3, 21:8,
21:23, 22:20, 24:17,
24:18, 24:20, 25:4,
25:16, 27:5, 29:11,
29:12, 34:15, 34:16,
35:16, 37:6, 38:8
**young** [2] - 10:6, 18:4
**youth** [1] - 6:7

## Z

**zoomed** [1] - 5:21